AO 436 (Rev. 04/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# AUDIO RECORDING ORDER

*Read Instructions.*

| | | |
|---|---|---|
| 1. NAME: Taylor J. Howard, Esq. | 2. PHONE NUMBER: (888)-423-4529 | 3. EMAIL ADDRESS: taylor@aeilaw.com |
| 4. MAILING ADDRESS: 7755 Center Ave., Ste. 1100 | 5. CITY: Huntington Beach | 6. STATE: CA  7. ZIP CODE: 92647 |
| 8. CASE NUMBER: 2:25-cv-09475-MCS-MAR | 9. CASE NAME: Neal v. Gooding, et. al. | DATES OF PROCEEDINGS  10. FROM: 01/14/2026  11. TO: 01/14/2026 |
| 12. PRESIDING JUDGE: Hon. Mark. C. Scarsi | | LOCATION OF PROCEEDINGS  13. CITY: Los Angeles  14. STATE: CA |

### 15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Application for TRO | January 14, 2026 |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | 34 |
| ESTIMATE TOTAL | | 34 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE: /s/ - Taylor J. Howard, Esq. | 19. DATE: 1/15/2026 |
|---|---|

| PROCESSED BY | | | PHONE NUMBER |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | DEPOSIT PAID |
| DEPOSIT PAID | | | TOTAL CHARGES: 34 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT: 34 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE: 34 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY