1  **CHRYSTELLE GOODING**
2  **SHARIECE RENEE MANCE**
3  **SOLAR BEING JEWELRY, LLC**
   **8880 RIO SAN DIEGO DRIVE, #2023, 8TH FLOOR**
4  **SAN DIEGO, CA 92108**

5

6
                    **UNITED STATES DISTRICT COURT**
7

8      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

9

10

11

12                                          | Case No.: 2:25-cv-09475

13  **AVA NEAL**, an individual,

14              Plaintiff,                    **DEFENDANT'S RESPONSE IN**
                                              **OPPOSITION TO PLAINTIFF'S**
15                                            **APPLICATION FOR TEMPORARY**
    vs.                                       **RESTRAINING ORDER AND**
16                                            **ORDER TO SHOW CAUSE RE:**
                                              **PRELIMINARY INJUNCTION;**
17  **CHRYSTELLE GOODING**, an                **AND MEMORANDUM IN**
    individual, **SOLAR BEING JEWELRY**       **OPPOSITION**
18  **LLC**, a California limited liability
    company, and **SHARIECE RENEE**
19  **MANCE**, an individual**,**             **HEARING: JANUARY 14, 2026**
                                              **HEARING TIME: 9:00 A.M.**
20              Defendants.                   **JUDGE: HON. MARK C. SCARSI**
                                              **COURTROOM: 7D**
21

22

23

24

25

26  **I.    INTRODUCTION**

27        CHRYSTELLE GOODING ("Ms. Gooding"), SOLAR BEING JEWELRY

28  LLC, and Defendant SHARIECE RENEE MANCE ("Ms. Mance"), in pro per

                                    - 1 -

with their response in opposition to the Plaintiff's ex parte. Ms. Gooding and Ms. Mance respectfully submit this response in opposition to Plaintiff's exparte motion for a temporary restraining order and order to show cause re: preliminary injunction.

## II.    LEGAL STANDARD

Under Federal Rule of Civil Procedure and Local Rules, exparte relief is appropriate only when the moving party demonstrates:

- Immediate and irreparable injury.
- That such injury will occur before the opposing party can be heard; and
- That the request is narrowly tailored to prevent such harm.

## III.   ARGUMENT

### A.  NO IMMEDIATE AND IRREPARABLE HARM

The Plaintiff's allegations are speculative and lack admissible evidence. Any claimed harm can be addressed through a standard motion process. Ms. Gooding and Ms. Mance, who are minorities, have not initiated a racially charged campaign against the Plaintiff. The Plaintiff has repeatedly attempted to weaponize comments made by others to vilify Ms. Gooding and Ms. Mance. At no time have the Defendants sought to damage, threaten, or defame the Plaintiff; on the contrary, Ms. Gooding and Ms. Mance have acted in the opposite manner. They do not condone violence of any kind and have not supported violence against anyone. The Plaintiff's accusations against the Defendants are entirely false. The Plaintiff has provided a list of Ms. Gooding's social media profiles. This list shows that Ms. Gooding creates content with integrity and has worked hard to establish herself and gain followers. The accompanying spreadsheet identifies the followers who resonate with and support the content shared by the Defendants on their social media platforms. It reflects the number of supporters who have voluntarily

- 2 -

chosen to follow the Defendants. Similarly, the spreadsheet includes the number of followers the Plaintiff has accumulated, which were also acquired through individual choices made by the followers themselves (See Exh. A). The expedited issuance of subpoenas puts the Defendants at a disadvantage in this litigation, as it allows the Plaintiff to delete posts without preserving them for discovery. All information and posts, including videos and direct messages (DMs) from the Plaintiff, should be preserved and made available throughout the discovery process.  The Plaintiff has accused the Defendants of orchestrating a campaign against her, which is not true. She claims that a DM sent to her on November 15, 2025, was directed by the Defendants; however, this assertion is false. (See Exh. B) The Defendants are innocent and have never hired any third parties to send hateful messages. Throughout this litigation, the Plaintiff has failed to investigate or act against the individuals sending the DMs, despite knowing their profile names and having access to tools that could help identify them. Instead, she has chosen to accuse the Defendants of these dishonest actions. Furthermore, the third-party videos from November 17, 2025, which the Plaintiff alleges were posted under the direction of Ms. Gooding and Ms. Mance, are also false. (See Exh. C) At no time did the Defendants request anyone to "find" or "assault" the Plaintiff. Again, the Plaintiff has made no efforts to investigate or contact law enforcement regarding her claims.  The Defendants' posts reflect on the litigation and attempt to assert ownership of hairstyle designs, which every citizen has the right to wear.  (See Exh. D)

## B. THE BEGINNING OF PLAINTIFF'S CAMPAIGN OF DEFAMATION AND HARASSMENT

Ms. Gooding and Ms. Mance never initiated or created a campaign focused on harassing the Plaintiff at any time. Ninti Dot Wave posted a video in early 2025, urging Ms. Gooding's followers and supporters to withdraw their backing

from her Kickstarter project. (See Exh. E) In this video, Ninti Dot Wave stated that Ms. Gooding "studied white folks' capitalist structures, and in essence, she closely examined these structures in an attempt to benefit from them. It isn't too late to withdraw support from Solar's Kickstarter project; I think it ends May 12." (See Exh. E). The Plaintiff's mother and Ninti Dot Wave have confirmed their association and their intent to damage Ms. Gooding's business and reputation. They have shared conversations in the comment sections of posts that support this claim. (See Exh. F). This campaign of harassment and defamation, aimed at destroying Ms. Gooding's business, began on April 12, 2025, after the Plaintiff became aware of Ms. Gooding's Kickstarter campaign to raise funds for her business. This campaign has continued without interruption. (See Exh. G). The Plaintiff also stated, "This was only for her because of the monetization and 250 mimicking posts. When someone infringes to that extent, you have to shut it down completely. This is her issue, not everyone's issue." (See Exh. H). The Plaintiff has been actively engaged in a campaign to destroy and harass Ms. Gooding and Ms. Mance, with hope that they would lose everything. This has been the Plaintiff's original plan. The Plaintiff claims to be a victim of harassment by the Defendants, which has not occurred. The Defendants, in no form or fashion, support violence or harassment of anyone at any time.  On November 8, 2025, the Plaintiff posted a quote stating, "Let me cast a spell to bring her back from hell…brb." This is considered haunting and dangerous behavior. Ms. Gooding and Ms. Mance took this post seriously, as they are spiritual individuals. This post inflicted a sense of harm and fear on Ms. Gooding and Ms. Mance. (See Exh. I).

## C.  COMMENTS MADE BY OTHER PARTIES

On November 15, 2025, the Plaintiff claimed to have received a Direct Message (DM) from an unnamed individual but quickly accused Ms. Gooding

and Ms. Mance of hiring this person to instigate violence against her. However, Ms. Gooding and Ms. Mance have never employed anyone to harass or incite violence against anyone, including the Plaintiff. The DM contained the acronym "Kys," which Plaintiff's counsel interpreted as "Kill Yourself" without verifying this interpretation with the sender. It's important to note that "Kys" can also mean "Keep Yourself Safe." The DM lacked any additional content or context that would have suggested it was a threat orchestrated by Ms. Gooding and Ms. Mance through a hired third party. (See Exh. J) On November 17, 2025, Ms. Gooding reposted a post with a cute kitten in it, Ms. Gooding posted this original post on September 26, 2025, and with a repost on November 17, 2025, with the caption "If you have coily hair, to you Betta start sculpting your crown and unlock other hair sculpts" with the same kitten and caption. This was a meme that was created and previously posted by other content creators who felt this meme was appropriate for social media. To date, there has been no backlash related to this meme. If the meme was offensive or deemed violent in any way, it would have been removed from the social media platform it was posted and flagged as inappropriate content. Ms. Gooding, along with other content creators, used this meme as a way to engage with their followers. Ms. Gooding has a love for kittens and created a post to encourage her supporters and followers to engage in hair sculpting. At no point did Twitter aka as "X" issue a violation regarding Ms. Gooding's post, nor did she receive any complaints suggesting that the post supported violence or violated Twitter currently known as "X" community guidelines. Furthermore, this post was not directed at the Plaintiff in any way. The Plaintiff is attempting to mislead the court into believing that the post was created with the intent to target her in a violent context, which is not true. The Plaintiff's portrayal of the post in her application is inaccurate. This post is a repost of an original post dated September 26, 2025, containing the same wording and context,

aimed at encouraging supporters and followers to engage in hair sculpting. (See Exh. K) Ms. Gooding and Ms. Mance have never engaged in any campaign of online harassment. The Defendants have only shared information regarding their current legal situation. The Plaintiff has restated the same facts in their application, using different contexts and formats to suggest that Ms. Gooding and Ms. Mance are involved in an ongoing harassment campaign against the Plaintiff. Plaintiff's campaign has reportedly been ongoing since January 2025. In response to Plaintiff's Exhibit "D," it should be noted that the video in question was created by another content creator. In the video, this creator suggested actions that Ms. Gooding and Ms. Mance should take against the Plaintiff. However, this video was not posted on either Ms. Gooding's or Ms. Mance's social media pages, comments, or profiles. The creator of the video is an adult who posted it under their own profile name, acting independently and of their own volition. Neither Ms. Gooding nor Ms. Mance requested, approved, or suggested that this video be made. They do not support or engage in violent activities and have no prior knowledge of the video being posted. The Plaintiff has accused Ms. Gooding and Ms. Mance of hiring third parties to create these videos, which is untrue. The Plaintiff has failed to provide any evidence to support this accusation and has not addressed the issue with the original creator(s) of the content. The Plaintiff continues to accuse Ms. Gooding and Ms. Mance of actions that were created and performed by others.

### D. UNITED STATES PATENT TRADEMARK OFFICE (USPTO)

In response to the Plaintiff's claims regarding the United States Patent and Trademark Office (USPTO), it is important to note that this information is publicly accessible on the USPTO's website. Specifically, the website features a "Welcome to the U.S. Copyright Office Public Records System" page that

provides access to the Copyright Public Records System (CPRS), which contains copyright registration records. Neither Ms. Gooding nor Ms. Mance has posted the Plaintiff's address online. The Plaintiff has accused the Defendants of doxxing her by sharing her address on social media, which is untrue. The Plaintiff has not provided any proof of doxxing, and there are no posts indicating that Ms. Gooding or Ms. Mance shared Plaintiff's address. Local law enforcement takes allegations of doxxing seriously, yet they have not contacted Ms. Gooding or Ms. Mance, as there is no evidence of any crimes committed by them. Local police possess the tools and resources necessary to investigate instances of doxxing, and to date, neither Ms. Gooding nor Ms. Mance has been approached or contacted by law enforcement. The Plaintiff filed a police report on November 18, 2025, but neither Ms. Gooding nor Ms. Mance has been contacted by law enforcement nor charged with any crimes. Additionally, MrXmov posted a screenshot of an individual who is not involved in this matter. This person independently searched for the Plaintiff's information to post on social media. (See Exh. L). The Plaintiff has falsely accused Ms. Gooding and Ms. Mance of posting her address, despite their clear non-involvement. At no point did the Defendants request, either verbally or in writing, that anyone disclose the Plaintiff's address or engage in doxxing. When Defendant Gooding became aware of @MrXmov's comment, she promptly corrected him, clarifying that the individual mentioned was not the Plaintiff, to protect the innocent person's profile. The comment was made solely at @MrXmov's discretion and was not instigated by the Defendants, who never sought out this individual or requested any postings about anyone. The Plaintiff continues to perpetuate false accusations against the Defendants, suggesting that they are involved in having third parties post information about her. It is clear that @MrXmov posted this information independently and without the Defendants' knowledge or consent. Despite the written proof confirming the Defendants' lack

of involvement, the Plaintiff insists on accusing Ms. Gooding and Ms. Mance. It appears the Plaintiff is searching for a scapegoat and has chosen to blame them. Furthermore, the Plaintiff failed to investigate or file a police report against the individual who posted the comment. The Defendants cannot control the speech or writings of others. As community-driven content creators, the Defendants do not condone violence in any form. They cannot dictate the actions or opinions of other content creators concerning the Plaintiff.  At no time did Ms. Gooding support or endorse the posting of this information. The Defendants have never personally shared Plaintiff's information. The Plaintiff must direct her concerns toward the actual author of the post. To establish a claim, the Plaintiff must demonstrate that the statement was made with "actual malice," meaning that both Ms. Gooding and Ms. Mance knew the statement was false or acted with reckless disregard for its truthfulness, as established in *New York Times Co. v. Sullivan*.

### E.  HARRASSMENT AND INTIMIDATION TOWARD MS. GOODING AND MS. MANCE

The Plaintiff is falsely accusing Ms. Gooding and Ms. Mance of hiring third-party actors to post videos and comments, which is untrue. She claims that they are harassing her on social media platforms, while she is the actual aggressor.

On August 7, 2025, the Plaintiff posted a picture of a "Puppet Master" with the caption, "Woke up feeling like the puppet master," on her profile, Kwiin Ava. This was posted on Twitter, currently known as "X". (See Exh. M) This post was a clear act of harassment directed at Ms. Gooding and Ms. Mance. Recently, the Plaintiff deleted this post in an attempt to portray herself as neither an aggressor nor a harasser. (See Exh. N)   The Plaintiff and her mother have engaged in the same behavior that they accuse Ms. Gooding and Ms. Mance of. (See Exh. O) In January 2026, the Plaintiff removed the "Puppet Master" post in an effort to

appear as if she were the victim in this situation, when she is the aggressor. Plaintiff posted an intimidating picture of a "Puppet Master" controlling a puppet with emojis of stars at the top of the puppet's head.  These stars were intricately and purposefully placed to reflect and represent the hair extensions worn by Ms. Gooding and Ms. Mance while promoting their products on social media.  The Plaintiff edited the stars to appear as if they were worn as attachments to the head, which is the same way Ms. Gooding and Ms. Mance wear their hair while promoting their products.  Plaintiff's goal was to humiliate Ms. Gooding and Ms. Mance publicly with the hope of them losing their support and followers.  The intent behind this post was to promote a form of intimidation and control against Ms. Gooding and Ms. Mance.  In an additional post on YouTube, dated November 16, 2025, Plaintiff states, "she will not be silenced".  This video was targeted at Ms. Gooding and Ms. Mance, speaking on the current litigation and encouraging all hair sculptors to work in a cohesive community.  Ms. Gooding and Ms. Mance, at no given time, never made any attempts or efforts to silence Plaintiff.  Ms. Gooding and Ms. Mance are firm believers in the First Amendment and feel that all citizens have the right to express themselves under our Constitution.  As citizens of this great nation, Ms. Gooding and Ms. Mance believe no person's rights should ever be violated. This was a tactic created by Plaintiff to make Ms. Gooding and Ms. Mance appear as bullies and less favorable in their followers' eyes.   Additionally, on that same day, Plaintiff posted a comment under the same video stating, "There's no competition.  It's just me, and now a couple of people mimicking what I do instead of creating their own lane.  Their own unique designs could have been made, and there would be no issue.  It's just strange to watch people imitate you, singing and dancing as they can step into your identity.  Like…what is even happening?"  (See Exh. P)

### F. UNFAIR DISCOVERY ADVANTAGE

The Plaintiff, in her application, requested the following: (1) the takedown and disabling of posts and third-party URLs originating from the defendant, as identified in the attached exhibits; (2) the immediate preservation of those posts along with all associated platform metadata; and (3) narrowly tailored, expedited subpoenas to TikTok, Instagram, YouTube, and X for notification and view logs, direct message logs, deletion and moderation logs, as well as IP and subscriber records for the specified post IDs and date ranges. The Plaintiff seeks to put Ms. Gooding and Ms. Mance at a disadvantage during the discovery process. By allowing the Plaintiff to request records quickly, while simultaneously forcing Ms. Gooding and Ms. Mance to preserve all posts and records across social media without granting them similar access to records, the Plaintiff gains an unfair advantage. This situation could enable her to delete defamatory posts and comments. On August 7, 2025, Plaintiff posted the "Puppet Master" photo and caption on Twitter, currently known as "X." Most recently, Plaintiff removed them in order to appear more favorable in the court's eyes. (See Exh. Q)

### G. PLAINTIFF'S SMEAR CAMPAIGN AGAINST DEFENDANTS

In 2025, Plaintiff, her mother, Nicolle Neal, and content creator Ninti Dot Wav conspired to launch a smear campaign against Ms. Gooding because she chose to make her products available to the public. Defendants' exhibit "B" shows screenshots and a video of Ninti Dot Wav making defamatory statements that are racist in nature against Ms. Gooding. Ninti Dot Wav stated "that Ms. Gooding studied the white folks' capitalist structure and attempted to gain from it. It Isn't too late to withdraw from Solar's Kickstarter Project". Ninti Dot Wave continues to post screenshots of She's a Solar Being's Kickstarter account, highlighting the section "You're welcome to change or cancel your pledge at any

time before the campaign end". (See Exh. R) Plaintiff's mother expresses her
gratitude to Ninti Dot Wav for the ongoing support. (See Exh. S) This post affirms
the relationship between the Plaintiff, her mother, and Ninti Dot Wav, effectively
endorsing her racist posts and videos. (See Exh. T) Both the Plaintiff and Ninti
Dot Wav are complicit in the racist behavior depicted in this video. Ms. Gooding
and Ms. Mance do not condone participating in unethical and discriminatory
activities. Another comment posted by the Plaintiff confirms their meeting with
Ninti Dot Wav, which further solidifies their association and mutual support. (See
Exh. U) The Plaintiff and her mother, Nicolle Neal, continue to endorse and
promote racist behavior across various social media platforms. A commentator
commented under a video posted by Ninti Dot Wav, replying directly to Plaintiff's
mother's comment under that same post, stating: "I get ur trying to be a good mom
and all that, but you're enabling such awful behavior lol".  (See Exh. V) It has
come to light that Plaintiff's mother, Nicolle Neal, not only serves as her manager
but also actively encourages and supports behaviors that have been evident in
Plaintiff's past and present social media activity. This support extends to the
personal comments and postings made by her mother on social platforms, where
similar themes of hostility and defamation emerge. This involvement suggests that
both the Plaintiff and her mother are working in concert, acting as co-conspirators
in the defamatory and harassing posts and activities targeted at Ms. Gooding and
Ms. Mance. Such collaboration raises serious concerns about the intent and
motivations behind the Plaintiff's allegations.  Another commenter stated, "She's
clearly very bothered if she's filing a lawsuit" (see Exh. W); another commentor
stated "O wow so it ain't the child, it's the momma with all the drama smfh" with
their supporter Ninti Dot Wave stating "Any time" in the comments confirming
and reaffirming her commitment to supporting and association with Plaintiff and
her mother.  The Plaintiff and her mother have persistently posted damaging and

defamatory messages on social media, urging their supporters to retract their
pledges and withdraw their backing from Ms. Gooding's Kickstarter campaign.
These actions appear to be an attempt to undermine Ms. Gooding's efforts and
reputation, rather than address any genuine grievances. Such behavior not only
harms Ms. Gooding's fundraising efforts but also raises questions about the
motivations behind these public accusations. The community needs to recognize
the potential repercussions of spreading misinformation and defamation online.
(See Exh. X) These defamatory posts have spread rapidly, causing irreparable
harm to Ms. Gooding and her business.  Plaintiff and her mother have created a
culture of impunity, where cyberbullies feel entitled to post malicious content in
a vicious attempt to destroy Ms. Gooding and Ms. Mance's personal and business
reputation.  This harassment campaign, initiated and spearheaded by the Plaintiff,
Ninti Dot Wav and her mother/manager Nicolle Neal, continues through videos,
media posts and comments on all social media platforms to this very day.   (See
Exh. Y).  On January 12, 2026, Ms. Gooding and Ms. Mance became aware of a
blog post titled "Ava vs Solar" on the Plaintiff's website, KwiinKulture.com. This
post contains false accusations and defamatory statements against Ms. Gooding
and Ms. Mance, portraying them as bullies. Such a narrative poses a significant
threat to their safety and well-being.   The Plaintiff's claims imply that Ms.
Gooding and Ms. Mance are involved in bullying, cyberstalking, and doxxing
attacks, which mischaracterize their true actions and intentions. These misleading
labels not only distort the reality of the situation but also create a harmful
perception of the Defendants, unfairly depicting them as perpetrators of negative
behavior. It is concerning that the Plaintiff engages in similar behavior while
accusing others, perpetuating a cycle of false accusations that further escalates
tensions.  This kind of rhetoric creates a false narrative and unjustly depicts the
Defendants as perpetrators of crimes they have not committed. Instead of focusing

on any legitimate concerns, the Plaintiff is leveraging inflammatory language to manipulate public opinion and undermine the reputation of Ms. Gooding and Ms. Mance without any substantive evidence.   Neither has been charged nor ever convicted of any of these things.  Plaintiff is practicing her accusations. (See Exh. Z) On December 17, 2025, Plaintiff posted a comment on Twitter, currently known as "X", where Plaintiff made a post encouraging and supporting violence. Plaintiff responded to another content creator's post and stated, "So sick, I'm sorry you're going through this!  Head high!  Evil won't prevail.  Stay on their necks but make sure you are taking care of yourself".  (See Exh. AA)  This type of response shows Plaintiff's dedication and commitment to defaming, destroying, and inciting violence against those who are in direct competition with her.  Furthermore, she encourages her followers to commit to and follow the same behaviors.

### H. COPYRIGHT PUBLIC ACCESS

Regarding the United States Patent Trademark Office ("USPTO") application, this information is available on the USPTO's public website.   The replication of Plaintiff's USPTO information is on a public website for the public to access and review.  This information is made available to anyone who seeks it out.  USPTO maintains public records for all applications and registrations that are accessible on the USPTO website. Certain personal information is required by law and the Trademark Rules when filing documents related to applications and registrations.  Required information includes the trademark owner's name, applicant's or registrant's domicile address and email address, and correspondence addresses and email addresses.  Trademark statutes and rules require application and registration records to be publicly viewable. (See Exh. BB)

# I. FAILURE TO SHOW PRIMA FACIE

The Plaintiff has failed to establish a prima facie case of true threats. There is a documented history and pattern of harassment by the Plaintiff towards Ms. Gooding and Ms. Mance. The Plaintiff has not met the legal standards required to support their claim. The allegations made by the Plaintiff lack credibility and do not substantiate a valid claim. Evidence provided by the Plaintiff contradicts their own assertions.  Furthermore, the Plaintiff has not demonstrated a relationship between the commentator and Ms. Gooding and Ms. Mance. The Plaintiff accused Ms. Gooding and Ms. Mance of having a third-party relationship with a member of social media. However, Ms. Gooding and Ms. Mance have pointed out the relationship between the Plaintiff, the Plaintiff's mother, and Ninti Dot Wav, the content creator who posted a racist video that promoted racism and discouraged supporters of Ms. Gooding and Ms. Mance from contributing to their Kickstarter campaign.  Various legal precedents reinforce the dismissal for failure to establish a prima facie case. For example, in *Leyva v. Garcia*, 20 Cal.App.5th 1095, the court found a dismissal appropriate for failure to meet this standard. Similarly, in *Goshen v. Mutual Life Ins. Co*. of N.Y., 98 NY2d 314, 326 (2002), and *J.R. v. N.K.*, 232 Conn. App. 434 (2025), cases were dismissed for similar reasons.  In *Leslie Anthony v. United Airlines*, No. 24-2128 (4th Cir. 2026), the Fourth Circuit upheld a summary judgment for United Airlines because the Plaintiff failed to establish a prima facie claim, particularly lacking developed arguments and citations to the record. The key issue on appeal was whether the Plaintiff could prove a prima facie case of retaliation, and the court concluded that she did not provide sufficient evidence to support her claims.  In *Evans v. International Paper Co*., No. 18-1448 (4th Cir. 2019), the court addressed the Plaintiff's claims of a hostile work environment and constructive discharge. Without commenting on

the lower court's judgment concerning whether the conditions were severe or pervasive, the appellate court ruled that the Plaintiff did not present enough evidence to create a genuine issue of material facts regarding the intolerability of her working conditions or her retaliation claim. Lastly, in *Watson v. McDonough*, No. 19-3127 (8th Cir. 2021), the court analyzed the Plaintiff's claims under the McDonnell Douglas burden-shifting framework and determined they failed at the initial step because the Plaintiff could not establish a prima facie case of race discrimination, hostile work environment, retaliation, or constructive discharge. In the cases of *United States v. Miller* 307 U.S. 174 (1939) and *Edwards v. City of Goldsboro* 178 F.3d 231 (4th Cir. 1999), the appellate waiver rule states that inadequate briefing—specifically, failing to include record citations and a developed argument as required by Fed. R. App. P. 28(a)(8)(A)—can lead to abandonment or waiver of the claims on appeal.

## I.  PREJUDICE AGAINST DEFENDANTS

Granting the Plaintiff's request for relief would significantly prejudice the Defendants, resulting in loss of evidence control, disruption of business operations, and ongoing defamation of the Defendants' reputations, leading to a decrease in potential business revenue.

## CONCLUSION

For the reasons stated above, the Defendants kindly request that the Court deny the Plaintiff's exparte motion in its entirety.

January 12, 2025

Respectfully submitted,

*Chrystelle Gooding*

Chrystelle Gooding, Defendant

Shariece Renee Mance

Shariece Renee Mance, Co-Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

**United State Disctrict Court, Central Disctrict of California - Western Division**

**Case: Neal v. Gooding, et al.**

**Case #: 2:25-cv-09475**

Defendants Chrystelle Gooding & Shariece Renee Mance

Social Media Platforms'Data

| Platform | Owner | Handle | LINK | # of Followers or Subscribers | # of Posts since October 1, 2025 about Plaintiff, Ava Neal | # of Views on these posts about Plaintiff, Ava Neal |
|---|---|---|---|---|---|---|
| Instagram | Chrystelle Gooding | @shesasolarbeing | https://www.instagram.com/shesasolarbeing/?hl=en | 358,000 | 4 | 1,092,000 |
| TikTok | Chrystelle Gooding | @shesasolarbeing | https://www.tiktok.com/@shesasolarbeing | 252,900 | 4 | 2,784,700 |
| X (fka Twitter) | Chrystelle Gooding | @shesasolarbeing | https://x.com/shesasolarbeing | 51,300 | 55 | 890,000 |
| YouTube | Chrystelle Gooding | @shesasolarbeing | https://www.youtube.com/@shesasolarbeing | 44,800 | 2 | 242,000 |
| Threads | Chrystelle Gooding | @shesasolarbeing | https://www.threads.com/@shesasolarbeing | 44,300 | 55 | no view count |
| Facebook | Chrystelle Gooding | @shesasolarbeing | https://www.facebook.com/profile.php?id=61557026673252 | 1,600 | 17 | 14,888 |
| Instagram | Chrystelle Gooding | @solarbeing_LA | https://www.instagram.com/solarbeing_la/ | 11,900 | 0 | - |
| TikTok | Chrystelle Gooding | @solarbeing_LA | https://www.tiktok.com/@solarbeing_la | 513 | 0 | - |
| X (fka Twitter) | Chrystelle Gooding | @solarbeingLA | https://x.com/SOLARBEINGLA | 507 | 0 | - |
| YouTube | Chrystelle Gooding | @solarbeingLA | https://www.youtube.com/@SOLARBEINGLA | 2,670 | 0 | - |
| Threads | Chrystelle Gooding | @solarbeing_LA | https://www.threads.com/@solarbeing_la | 0 | 0 | - |
| Instagram | Shariece Renee Mance | @sheisetheric | https://www.instagram.com/sheisetheric/?hl=en | 944 | 0 | - |
| TikTok | Shariece Renee Mance | @sheisetheric | https://www.tiktok.com/@sheisetheric | 545 | 0 | - |
| X (fka Twitter) | Shariece Renee Mance | @sheisetheric | https://x.com/sheisetheric | 738 | 28 | 219,000 |
| Threads | Shariece Renee Mance | @sheisetheric | https://www.threads.com/@sheisetheric | 253 | 13 | no view count |
| **TOTALS:** | | | | 770,970 | 178 | 5,242,588 |

Days since Oct. 1, 2C: 70

Avg Posts per day: 2.542857143

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B





  **zywa**



## zywa

@zywa_x

794 following · 72 followers

Today 5:39 PM



EXHIBIT C

EXHIBIT C – VIDEO POST BY ANOTHER CONTENT CREATOR UNDER HER OWN AUTHORITY. DEFENDANT DID NOT HIRE THIS PERSON TO POST THIS VIDEO.  PLAINTIFF HAS NOT APPROACHED THIS PARTY ABOUT THIS VIDEO.  THEY ONLY APPROACHED, ACCUSED AND REPORTED THE DEFENDANTS.  THEY ARE NOT THE RESPONSIBLE PARTY FOR THIS VIDEO.  THIS VIDEO WAS NEVER POSTED UNDER THEIR PROFILE NOR UNDER ANY COMMENTS OR POSTS UNDER THEIR PROFILE.  THIS VIDEO WAS NOT UNDER THE CONTROL OF THE DEFENDANTS. THE DEFENDANTS NEVER APPROVED NOR REQUESTED THE CREATION OR POSTING OF THIS VIDEO

https://www.dropbox.com/t/pTZr1iRGuLw7MfEF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

EXHIBIT D - SOLAR'S VIDEO DISCUSING THE LAWSUIT

https://youtu.be/igUR0QD9h_k?si=5WWmip__w0b_0V9M

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT E

EXHIBIT D - SOLAR'S VIDEO DISCUSING THE LAWSUIT

https://youtu.be/igUR0QD9h_k?si=5WWmip__w0b_0V9M









11:38                                    5G 33

←          **Post**          • • •



**Kwiin Ava** ✔
@KwiinAva

         **𝕏.com**

Afro haired people should be the only people
allowed to purchase afro hair.
Bc why would you...
Oh. OK.

3:45 PM · 10/25/25 · **207** Views





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15        EXHIBIT F
16
17
18
19
20
21
22
23
24
25
26
27
28



**5:19**

**A.E.I. Law, P.C.** ✔
@AEILAWPC

Follow

Hello @shesasolarbeing; @solarbeingla; @solarbeing_la; and @sheisetheric;

I represent @kwiinava in a federal lawsuit pending in the Central District of California (Case No. 2:25-cv-09475) against you, Solar Being Jewelry, LLC, and @sheisetheric.



## Comments                    ⓘ    ✕

**Top**    Newest

**@TheNewSchool2020** · 2w ago

Why did this make me nervous like your attorney is looking for me 😂😂

👍 19    👎    💬

**@bobodeliria** · 13d ago

nah fuk what she's doing and how she is trying to spin it! good luck in your battle, the truth is on your side kwiin

👍 16    👎    💬

**@CybrBuny** · 7d ago

She's avoiding because she knows she lied

Add a comment...

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT G

EXHIBIT E VIDEO – THIS VIDEO DISPLAYS THE RACIST RHETORIC FROM THE PLAINTIFF'S
SUPPORTER WHO HAS A CONFIRMED AFFILIATION AND ASSOCIATION

DOUBLE -CLICK ON THE ARROW BELOW TO REVIEW THE VIDEO



AA069170-7798-4ED
E-BF2F-44FD822583F













1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT H



**< Replies**                                    ✕

@kwiinava Make sure you explain this part then cause it sure doesn't look like everyone is free to wear the styles:... Read more

 2      

 @kwiinava · 4h ago                    ⋮

This was only for her because of the monetization and TWO HUNDRED FIFTY  mimicking posts. When someone infringes to that extent you have to shut it down completely. This is a her issue, not an everyone issue.

 3      ⬚

@NeeNee_97 · 9h ago

   Add a reply...                  

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT I



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT J

 

5:46

  **zywa** 



## zywa

@zywa_x

794 following · 72 followers

Today 5:39 PM



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT K

Case 2.25-cv-09475-MC3-MAR    Document 31    Filed 01/19/26    Page 50 of 96    Page ID #769

**Posts**    Replies    Highlights    Videos    Photos

↻ **Shesasolarbeing reposted**



**Shesasolarbeing** ✔ @s... · 9/26/25  ⊘  ...
**If you have coily hair too you Betta start sculpting your crown and unlock other hair sculpts cuz the world is waiting for the movement**



💬 1        ↻ 10        ♡ 263        ᴧ 16K        🔖    ⬆

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT L

Case 2:25-cv-09475-MCS-MAR    Document 31    Filed 01/19/26    Page 52 of 96    Page ID
Case 2:25-cv-09475-AJR    Document 20 #:794    Filed 01/09/26    Page 37 of 63    Page ID
#:387

Defendant Gooding's follower, @MrXmov's comment showing Plaintiff's full real name and home address after following the links that Defendant Gooding provided to Plaintiff's trademark application (see Exhibit G), but the wrong picture of a different person named "Ava Neal".



Defendant Gooding assisting @MrXmov with doxxing Plaintiff.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT M



EXHIBIT N

7:44

**Kwiin Ava**
185 posts

**Follow**

**Posts**    Replies    Highlights    Videos    Photos

||| 16

**Kwiin Ava** ✓ @KwiinAva · 2h

Woke up feeling like the puppet master.



||| 28

👥 **For the Love of Natural Hair**

**Kwiin Ava** ✓ @KwiinAva · 10h

**Admin**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15          EXHIBIT O
16
17
18
19
20
21
22
23
24
25
26
27
28

12:19    📞 1h



Open app    Join

← **Nin's post**

 **Nin Carol Her**
Peep the caption on this video. Solar believes that black women who "wear their hair" can't complain when they "wear our hair." But it is not a one-to-one comparison.

Yt folks quite literally used our body parts like objects. They stuff our hair into cushions, they pull our teeth out to make dentures, the used our bodies for wet nursing and child rearing. And that's only the start

For us to "wear their hair" is use trying to survive a world that told us our hair isn't beautiful or professional enough.

It was quite literally illegal for some of us to wear our natural hair out because yt women were jealous. We were forced to wear scarves on our heads to cover up our "intimidating" beauty.

Until recently, you could discriminate against someone in all 50 states based on hair texture.

So when we wear synthetic hair—wigs and braids, it's because we're trying to survive and make a living.

Her anti-black rhetoric in the name of self black love is rooted in yt supremacy.

🔒 facebook.com — Private

# EXHIBIT P



 **@kwiinava** · 11h ago

There's no competition. It's just me, and now a couple of people mimicking what I do instead of creating their own lane. Their own unique designs could have been made and there would be no issue. It's just strange to watch people imitate you, singing and dancing like they can step into your identity. Like... what is even happening? 😭

👍 1    👎    💬



EXHIBIT Q



EXHIBIT R

EXHIBIT E VIDEO – THIS VIDEO DISPLAYS THE RACIST RHETORIC FROM THE PLAINTIFF'S
SUPPORTER WHO HAS A CONFIRMED AFFILIATION AND ASSOCIATION

DOUBLE -CLICK ON THE ARROW BELOW TO REVIEW THE VIDEO


AA069170-7798-4ED
E-BF2F-44FD822583F







11:08

**81 comments**                                                    ✕

for thee but not for me, is it? Be
consistent in your criticism.

13m    Reply                               1    

—— Hide ⌃

 **Nikki** 👑

Thank you Ninti for your continued support.
Ava is obviously powerful, otherwise so many
evil entities wouldn't be trying to attack her.
We are moving forward fully and without
hesitation. There is nothing that will stop us.
Ever.

11-18    Reply             ♡ 8    

 Ninti Dot Wave · **Creator**

Any time 🥰🥰🥰

11-18    Reply                              ♡    

  **MEW BERRY** 

i get ur trying to be a good mom and all
that but you're enabling such awful
behavior lol

# EXHIBIT S



4:36 🌙

← **Post** •••

💬 13    🔁 291    ♡ 1.4K    🔖 292    ⬆️

Relevant ∨                    View activity >

**Shesasolarbeing** ✓ @shesaso... · 9h ⊘ ···
I forgot to add proof in the video that I know you both 'finally met' after the smear campaign you threw together. You know each other. And you made sure that I knew it too.

𝕏.com

Jasmine's Garden @SacredWhoreee threw a Mutual Aide Mixer to support the families who lost SNAP benefits and need clothes for the winter. We donated and showed up for the cause 🦵 Also finally met Social Justice Warrior Ninty Wav 💅🚽 WE HAD A TIME 😋

Last edited 6:43 AM · 11/1/25 · **253** Views

💬       🔁       ♡ 2       🔖       ⬆️

💬       🔁 5       ♡ 63       📊 2.7K       🔖   ⬆️

**Dr. Allison Wiltz** ✓ @queenie4... · 9h ⊘ ···
At this point, I hope you can counter-sue for

Add another post

🏠       🔍       ⊘       🔔       ✉️

# EXHIBIT T

11:38

5G 33

← **Post** ⋯



**Kwiin Ava** ✔
@KwiinAva

X**.com**

Afro haired people should be the only people
allowed to purchase afro hair.
Bc why would you...
Oh. OK.

3:45 PM · 10/25/25 · **207** Views



# EXHIBIT U



4:36

Post    •••

← 

○ 13    �threads 291    ♡ 1.4K    ⊔ 292    ↥

Relevant ∨    View activity >

**Shesasolarbeing** ✓ @shesaso... · 9h   ⊘   ⋯
I forgot to add proof in the video that I know
you both 'finally met' after the smear
campaign you threw together. You know
each other. And you made sure that I knew
it too.

X.com

Jasmine's Garden @SacredWhoreee threw a
Mutual Aide Mixer to support the families who
lost SNAP benefits and need clothes for the
winter. We donated and showed up for the
cause 🦵 Also finally met Social Justice
Warrior Ninty Wav 💅🏼⚖️ WE HAD A TIME 😌
🫠

Last edited 6:43 AM · 11/1/25 · **253** Views

○    ↻    ♡ 2    ⊔    ↥

○    ↻ 5    ♡ 63    ᵼᴵᴵ 2.7K    ⊔    ↥

**Dr. Allison Wiltz** ✓ @queenie4... · 9h   ⊘   ⋯
At this point, I hope you can counter-sue for

Add another post

⌂    Q    Ø    △    ✉

# EXHIBIT V

11:38                                    5G 33

←       **Post**       •••



**Kwiin Ava** ✔
@KwiinAva                              𝕏.com

Afro haired people should be the only people
allowed to purchase afro hair.
Bc why would you...
Oh. OK.

3:45 PM · 10/25/25 · **207** Views



EXHIBIT W



1:55

**Replies**

Add a reply...

**@SacredOne** · 1h ago

She's clearly very bothered if she's filing a lawsuit 😂

👍 3   👎   💬

**@kwiinava** · 1d ago

Yall will understand in a few days how stupid this all is 😭

👍 2   👎   💬

**@IamCynDoll** · 3h ago

@kwiinava it's actually not stupid. When someone wins a case like this new social media restrictions are made. This "stupid " case will cause ripples in the hair industry that you're not even professionally apart of.

👍 5   👎   💬

**@laurendilaurentis6467** · 2h ago

@kwiinava It truly is stupid, but you're literally the one who started it all??

👍 2   👎   💬

Home   Shorts   +   Subscriptions   You

# EXHIBIT X

11:38    ‎📶 5G<sup>u</sup> 33

← **Post**    • • •



**Kwiin Ava** ✔
@KwiinAva

𝕏.com

Afro haired people should be the only people
allowed to purchase afro hair.
Bc why would you...
Oh. OK.

3:45 PM · 10/25/25 · **207** Views

 **sarah** 

thank you for bringing this up again I
remember the video you made before on it

11-18    Reply             ♡ 3    👎

 **Ninti Dot Wave · Creator**

Yea I saw an influx of hate so I had ta
repost 🥰🥰🥰

11-18    Reply         ♡ 1    





# EXHIBIT Y

11:38                                    5G 33

← **Post**                              •••



**Kwiin Ava** ✔
@KwiinAva

Afro haired people should be the only people
allowed to purchase afro hair.
Bc why would you...
Oh. OK.

3:45 PM · 10/25/25 · **207** Views

# EXHIBIT Z



4:36

Post                                    •••

💬 13        🔁 291        ♡ 1.4K        🔖 292        ⬆️

Relevant ⌄                           View activity >

**Shesasolarbeing** ✓ @shesaso... · 9h  ⌀  ···
I forgot to add proof in the video that I know you both 'finally met' after the smear campaign you threw together. You know each other. And you made sure that I knew it too.

X.com

Jasmine's Garden @SacredWhoreee threw a Mutual Aide Mixer to support the families who lost SNAP benefits and need clothes for the winter. We donated and showed up for the cause 🦵 Also finally met Social Justice Warrior Ninty Way 💅🥒 WE HAD A TIME 😋

Last edited 6:43 AM · 11/1/25 · **253** Views

💬          🔁          ♡ 2          🔖          ⬆️

💬          🔁 5        ♡ 63        📊 2.7K      🔖    ⬆️

**Dr. Allison Wiltz** ✓ @queenie4... · 9h  ⌀  ···
At this point, I hope you can counter-sue for

Add another post

🏠        🔍        ∅        🔔        ✉️

1:06  📞 3:06

# facebook    **Open app**  **Join**

← **Nin's post**

**Nin Carol Her**
Apr 30, 2025 · 🌐

My theory on why Solar started the one-sided beef with Kwiinava.

... See more



❤️👍🥰 Nia Leo and 80 others

👍 81        💬 125

**Nin Carol Her**
Let's be real, Solar and her business partner
are extremely talented and I love that they

🔒 facebook.com  ↻

‹  ›  ⬆️  📖  ⧉

EXHIBIT AA

AVA vs SOLAR

Most recent website post where Plaintiff makes false accusations against the Defendants

https://www.kwiinkulture.com/about-1



# EXHIBIT BB





