TAYLOR J. HOWARD, ESQ. (SBN 311275)
WILLIAM B. LUTON, ESQ. (SBN 363678)
**A.E.I. LAW, P.C.**
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
Telephone:  (888) 423-4529
Email:       taylor@aeilaw.com
             bill@aeilaw.com

Attorney for Plaintiff
AVA NEAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AVA NEAL, an Individual,<br><br>     Plaintiff,<br><br> vs.<br><br>CHRYSTELLE GOODING, an Individual; SOLAR BEING JEWELRY, LLC, a California limited liability company; and SHARIECE RENEE MANCE, an Individual,<br><br>     Defendants. | **Case No.**: 2:25-cv-09475<br><br>**DECLARATION TAYLOR J. HOWARD, ESQ. OF DUE DILIGENCE TO SERVE SUMMONS AND COMPLAINT ON DEFENDANTS** |

I, TAYLOR J. HOWARD, ESQ., declare as follows:

1.     I am an attorney licensed to practice before this Court and am an attorney of record for Plaintiff AVA NEAL in this action (the "Plaintiff"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would competently testify thereto.

2.     Plaintiff filed the original Complaint in this action on October 3, 2025. See Dkt. #1. Plaintiff filed the First Amended Complaint on November 13, 2025. See Dkt. #11.

3.     Beginning in early December 2025, Plaintiff undertook multiple parallel efforts to locate and serve Defendants, including personal service attempts, substituted service attempts, waiver-of-service requests, public-records research, email outreach, and social-media outreach.

4.     On December 5, 2025, Plaintiff's counsel emailed Attorney Brett Tolpin, who was known as prior counsel associated with Defendants, to inquire whether he represented Defendants in this matter and whether he would accept service or facilitate waiver of service. Attached hereto as **Exhibit A** is a true and correct copy of the email exchange with Attorney Brett Tolpin.

5.     After receiving no response, Plaintiff's counsel left a voicemail follow-up on December 12, 2025 with Mr. Tolpin, and later that same day sent a follow-up email again requesting confirmation regarding representation and acceptance of service or waiver. See Exhibit A.

6.     On December 15, 2025, Mr. Tolpin responded by email stating: "At present time, we have not been engaged to represent the named Defendant in this litigation." See Exhibit A.

7.     By the time Plaintiff's counsel received that response, Plaintiff had already initiated repeated personal-service attempts as described below.

1

8. To identify service locations, Plaintiff's counsel conducted public-records searches through LexisNexis and also ran an alternative person check and business check (for the LLC) through One Legal.

9. Those searches identified the following addresses: a. 123 S. Figueroa St., Apt. 1541, Los Angeles, CA 90012 (the "LA Address"); b. 13409 Midland Rd., Apt. 32, Poway, CA 92064 (the "Poway Address"); and c. 1050 Kettner Blvd., Ste. D #1004, San Diego, CA 92101 (the "San Diego Address").

10. The Poway Address appeared in public-records results as a residence for Defendant Gooding and as the LA Address associated with Chrystelle Gooding as agent for service of process for Solar Being Jewelry LLC. Plaintiff therefore attempted service of Defendant Gooding and the LLC at those two addresses and also attempted service of Defendant Mance at both addresses because the Lexis Public Records reports indicated the Ms. Mance was Ms. Gooding's roommate, and both of these addresses are residential addresses.

11. Plaintiff therefore pursued repeated service attempts at both locations.

12. The San Diego Address appeared in the California Secretary of State Statement of Information for Solar Being Jewelry LLC but corresponds to a train station and appears consistent with a mail drop or mailbox rental location. For that reason, Plaintiff did not attempt personal or substituted service at that location. Attached hereto as **Exhibit B** is a true and correct copy of Solar Being Jewelry LLC's Statement of Information with the California Secretary of State.

13. Plaintiff placed an order for expedited service for Solar Being Jewelry LLC at the LA Address on December 9, 2025, and placed an order for expedited service for the individual Defendants at that LA address on December 11, 2025 after the DDS Legal process server was told by the security guard in the building that all of the Defendants lived there.

14. Between December 10 and December 17, 2025, Plaintiff's process

2

server attempted service at the LA Address on multiple dates and at varied times, including December 10, 11, 12, 13, 15, and 17. Attached hereto as **Exhibit C** are true and correct copies of Plaintiff's declarations of non-service from DDS Legal, verifying the attempts made and the inability to serve.

15. No successful personal service was completed during those attempts. See Exhibit D.

16. During at least one attempt, a security guard opened the building and allowed the process server access, and the process server attempted service. However, there was no answer at the door and service was not completed. See Exhibit D.

17. Plaintiff placed an order for expedited service for all Defendants at the Poway Address on December 9, 2025.

18. Plaintiff's process server attempted service at the Poway Address on multiple dates and at varied times, including December 9, 10, 20, 21, 22, 26, and 30, 2025. Attached hereto as **Exhibit D** are true and correct copies of the declarations of non-service by DDS Legal, verifying the attempts made and the inability to serve.

19. During one attempt, an unidentified male answered and stated that Defendants did not live there, notwithstanding that public-records searches identified the Poway Address for both individual Defendants. Based on the circumstances, Plaintiff's counsel believes this interaction is consistent with efforts to evade service. See Exhibit E. Upon information and belief, the male that answered the door was Ms. Gooding's live in boyfriend, Joshua Jeeter.

20. On December 19, 2025, Plaintiff sent three complete waiver-of-service packets (one for each Defendant) to both the LA Address and the Poway Address by Priority Mail with tracking and electronic return receipt requested.

21. The mailed waiver packages were not signed for, and tracking information reflected that the packages remained at the U.S. Post Office awaiting pickup despite delivery notices left at the addresses. Attached hereto as **Exhibit E**

3

are the delivery failure notifications for all USPS attempts to deliver the 4(d) packages.

22. On December 23, 2025, Plaintiff's counsel emailed waiver-of-service materials to all known email addresses associated with Defendants. Attached hereto as **Exhibit F** is a true and correct copy of all three emails sent by counsel.

23. Those emails were sent to: (a). Defendant Gooding: chrissy1876@gmail.com; cigood89135@gmail.com; shesasolarbeing@gmail.com; contact@solarbeingla.com; solarbeingjewelry@gmail.com; (b) Defendant Solar Being Jewelry LLC: the same addresses; and c. Defendant Mance: shariecemance1@gmail.com. See Exhibit G.

24. Plaintiff has reliable electronic records indicating these emails were opened and viewed multiple times, yet Defendants did not respond or engage. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiff's electronic records indicating email delivery and viewing.

25. Plaintiff also attempted to contact Defendants through direct messages and posts across multiple social-media platforms to provide notice of the action and seek cooperation with service. Defendants did not respond. In fact, on the social media platform X, formerly known as Twitter, Defendants blocked Plaintiff's counsel after receiving these posts and direct messages. (See Exhibit H.) Attached hereto as **Exhibit H** is a true and correct copy of the social media communication attempts made by Plaintiff's counsel.

26. Defendants have posted video content soliciting funds to defend against this lawsuit, reflecting knowledge of the litigation and its allegations while continuing to avoid service. See Defendants' "Legal Defense Fund" website page at https://solarbeingla.com/blogs/news/legal-support-page.

27. Plaintiff finally resorted to additional service efforts, including a stakeout and on January 6, 2026, the stakeout successfully served the unidentified "John Doe" male (believed to be Joshua Jeeter, Ms. Gooding's live-in boyfriend)

4

with the Summons and Complaint package for all Defendants. According to the process server, the person served, John Doe male, saw the process server and grabbed his bicycle and ran off, further indicative of the fact that the Defendants were evading service. Note too that the process server's notes indicate that people were home at the Poway address, that they could see the "John Doe" male in the apartment through a window, yet the parties would not answer the door.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed**: February 10, 2026

**At**: Paso Robles, California.

By: /s/ *Taylor J. Howard, Esq.*

Taylor J. Howard, Esq.
Attorney for Plaintiff
AVA NEAL

5

# EXHIBIT A

# EXHIBIT A

**Friday, January 2, 2026 at 10:19:49 AM Pacific Standard Time**

---

**Subject:** RE: Neal v. Gooding et al. - Case No.: 2:25-cv-09475
**Date:** Monday, December 15, 2025 at 11:05:38 AM Pacific Standard Time
**From:** Brett Tolpin
**To:** A.E.I. Law®, P.C., The Hero's Law Firm®
**CC:** Bill Luton

Dear Taylor,

I received your VM on Friday and your email below.

At the present time, we have not been engaged to represent the named Defendant in this litigation.

Regards,

Brett M. Tolpin | Attorney at Law
Tolpin & Partners PC 30 N. LaSalle Street, Suite 2250 | Chicago, IL 60602
Office: 312- 698-8971 ext. 1 | Email: brett@tolpinlaw.com | www.tolpinlaw.com

---

**From:** A.E.I. Law®, P.C., The Hero's Law Firm® <taylor@aeilaw.com>
**Sent:** Friday, December 12, 2025 4:08 PM
**To:** Brett Tolpin <brett@tolpinlaw.com>
**Cc:** Bill Luton <bill@aeilaw.com>
**Subject:** Re: Neal v. Gooding et al. - Case No.: 2:25-cv-09475

Hello again Mr. Tolpin;

I just left you a voicemail regarding this.

I have not yet received a response to my email sent on Friday, December 5, 2025, in which I asked whether you represent the defendants in this matter and, if so, whether you are authorized to accept service on their behalf.

I would appreciate it if you could please

confirm either way at your earliest convenience so we know whether we need to proceed with service of process.

Thank you.

Best regards,
Taylor



**Taylor J. Howard, Esq.**
Not Just an Attorney
A.E.I. Law®, P.C., The Hero's Law Firm®
Email: taylor@aeilaw.com | Office: (888)-423-4529
Website: www.aeilaw.com
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
🌟Success Stories - 110+ 5.0 Star Google Reviews »

**Confidentiality Notice:** This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete it and notify the sender immediately. No privilege is waived by accidental transmission. Unauthorized use, disclosure, or distribution is prohibited.

**Disclaimer:** This law firm does not provide tax advice or tax services. For tax-related matters, please consult a qualified tax professional.

On Fri, Dec 5, 2025 at 12:53 PM wrote:
Hello Mr. Tolpin;

This firm serves as litigation counsel for Ava Neal, p/k/a Kwiin Ava, in the above-referenced matter, *Neal v. Gooding et al.*, Case No. 2:25-cv-09475, pending in the United States District Court for the Central District of California.

I understand you represent defendants Chrystelle Gooding

2 of 3

and Solar Being Jewelry, LLC. I am writing to confirm whether you also represent defendant Shariece Renee Mance in this matter, and if so, whether you are authorized to accept service of the summons and complaint on behalf of all defendants.

Attached are three copies of Form CV-108 (Waiver of Service of Summons), one for each defendant. Please review, sign, and return them to me at your earliest convenience.

Lastly, please confirm whether you consent to service of documents via email in this matter.

Thank you.

Best regards,
Taylor



**Taylor J. Howard, Esq.**
Not Just an Attorney
A.E.I. Law$^®$, P.C., The Hero's Law Firm$^®$
Email: taylor@aeilaw.com |  Office: (888)-423-4529
Website: www.aeilaw.com
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
🌟Success Stories - 110+ 5.0 Star Google Reviews »

**Confidentiality Notice**: This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete it and notify the sender immediately. No privilege is waived by accidental transmission. Unauthorized use, disclosure, or distribution is prohibited.

**Disclaimer**: This law firm does not provide tax advice or tax services. For tax-related matters, please consult a qualified tax professional.

3 of 3

# EXHIBIT B

# EXHIBIT B

 

BA20250730480



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20250730480 |
| Date Filed: 4/8/2025 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | SOLAR BEING JEWELRY LLC |
| Entity No. | 202117510738 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 1050 KETTNER BLVD<br>SUITE D #1004<br>SAN DIEGO, CA 92101 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 123 S FIGUEROA ST<br>APT 1541<br>CALIFORNIA, CA 90012 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | 1050 KETTNER BLVD<br>SUITE D #1004<br>SAN DIEGO, CA 92101 |

| Manager(s) or Member(s) | |
| --- | --- |
| Manager or Member Name | Manager or Member Address |
| CHRYSTELLE GOODING | 1050 KETTNER BLVD, SUITE D #1004<br>SUITE D #1239<br>SAN DIEGO, CA 92101 |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | CHRYSTELLE I GOODING |
| Agent Address | 123 S FIGUEROA ST<br>APT 1541<br>CALIFORNIA, CA 90012 |

| Type of Business | |
| --- | --- |
| Type of Business | Handcrafted natural hair extensions, jewelry, colored hair paint, mango butter products, art |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
| --- | --- |
| CEO Name | CEO Address |
| Chrystelle Gooding | 1050 KETTNER BLVD<br>SUITE D #1004<br>SAN DIEGO, CA 90012 |

| Labor Judgment |
| --- |
| No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code. |

B3588-5345 04/08/2025 8:37 AM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Chrystelle Gooding*                                    *04/08/2025*
Signature                                               Date

B3588-5346 04/08/2025 8:37 AM Received by California Secretary of State

# EXHIBIT C

# EXHIBIT C

*Attorney or Party without Attorney:*
Taylor J. Howard, Esq., SBN: 311275
A.E.I. LAW, P.C.
7755 Center Ave Ste 1100
Huntington Beach, CA 926473091
*TELEPHONE No.:* (888) 423-4529

*E-MAIL ADDRESS (Optional):* taylor@aeilaw.com
*FAX No. (Optional):*

*Attorney for:* Plaintiff Ava Neal, an individual

*FOR COURT USE ONLY*

*Ref No. or File No.:*
Neal v Gooding

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District of California, Western Division - Edward R. Roybal

*Plaintiff:* Ava Neal, an individual

*Defendant:* Chrystelle Gooding, an individual; et al.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 225CV09475 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Chrystelle Gooding, an individual**

Documents:  First Amended Complaint; Summons In A Civil Action; Civil Case Cover Sheet; Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent; Civil Trial Order

| Date | Time | Results |
|---|---|---|
| 12/10/2025 | 6:15 PM | Secured building. Access granted by security guard. No answer at door. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/11/2025 | 4:55 PM | No answer at door. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/12/2025 | 8:25 AM | No answer at the door. Tag placed on door in the first attempt still at the door. There has been no movement in or out for the past two days. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/13/2025 | 3:10 PM | No answer at door. Tag still at door. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/15/2025 | 8:15 PM | No answer at door. No changes. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/17/2025 | 6:35 PM | No answer at door. Mark still at door. No activity at this unit since started attempting;**Attempts Exhausted. New base rate will apply should you choose to continue wtih service. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |

Fee for Service: **$ 40.00**
    County:  **LOS ANGELES**
    Registration No.:  **3428**
    **DDS Legal Support**
    **2900 Bristol Street E-106**
    **Costa Mesa, CA 92626**
    **(714) 662-5555**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 18, 2025.

Signature: _____
              **V. ENRIQUE MENDEZ**

**NON SERVICE REPORT**

Order#: 740330A1

| | FOR COURT USE ONLY |
|---|---|
| *Attorney or Party without Attorney:*<br>Taylor J. Howard, Esq., SBN: 311275<br>A.E.I. LAW, P.C.<br>7755 Center Ave Ste 1100<br>Huntington Beach, CA 926473091<br>*TELEPHONE No.:* (888) 423-4529     *E-MAIL ADDRESS (Optional):* taylor@aeilaw.com<br>                                *FAX No. (Optional):* | |

*Attorney for:* Plaintiff Ava Neal, an individual

*Ref No. or File No.:*
Neal v Gooding

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District of California, Western Division - Edward R. Roybal

*Plaintiff:* Ava Neal, an individual

*Defendant:* Chrystelle Gooding, an individual; et al.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>225CV09475 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Shariece Renee Mance, an individual**

Documents: First Amended Complaint; Summons In A Civil Action; Civil Case Cover Sheet; Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent; Civil Trial Order

| Date | Time | Results |
|---|---|---|
| 12/10/2025 | 6:15 PM | Secured building. Access granted by security guard. No answer at door. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541, Los Angeles, CA 900125479 |
| 12/11/2025 | 4:55 PM | No answer at door. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541, Los Angeles, CA 900125479 |
| 12/12/2025 | 8:25 AM | No answer at the door. Tag placed on door in the first attempt still at the door. There has been no movement in or out for the past two days. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541, Los Angeles, CA 900125479 |
| 12/13/2025 | 3:10 PM | No answer at door. Tag still at door. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541, Los Angeles, CA 900125479 |
| 12/15/2025 | 8:15 PM | No answer at door. No changes. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541, Los Angeles, CA 900125479 |
| 12/17/2025 | 6:35 PM | No answer at door. Mark still at door. No activity at this unit since started attempting;**Attempts Exhausted. New base rate will apply should you choose to continue wtih service. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541, Los Angeles, CA 900125479 |

Fee for Service: **$ 40.00**
    County: **LOS ANGELES**

DDS³   Registration No.: **3428**
**DDS Legal Support**
**2900 Bristol Street E-106**
**Costa Mesa, CA 92626**
**(714) 662-5555**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 18, 2025.

Signature: _____

**V. ENRIQUE MENDEZ**

---

**NON SERVICE REPORT**

Order#: 740330B1

| | | FOR COURT USE ONLY |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Taylor J. Howard, Esq., SBN:  311275<br>A.E.I. LAW, P.C.<br>7755 Center Ave Ste 1100<br>Huntington Beach, CA 926473091<br>*TELEPHONE No.:* (888) 423-4529    *E-MAIL ADDRESS (Optional):* taylor@aeilaw.com<br>                            *FAX No. (Optional):* | | |

*Attorney for:* Plaintiff Ava Neal, an individual

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District of California, Western Division - Edward R. Roybal | *Ref No. or File No.:*<br>Neal v Gooding |

*Plaintiff:* Ava Neal, an individual

*Defendant:* Chrystelle Gooding, an individual; et al.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>225CV09475 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Solar Being Jewelry LLC, a California limited liability company** - Chrystelle Gooding - Agent

Documents:  First Amended Complaint; Summons In A Civil Action; Civil Case Cover Sheet; Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent; Civil Trial Order

| Date | Time | Results |
|---|---|---|
| 12/10/2025 | | Good afternoon! Server advised that he has confirmed address. There was no answer. Also, security confirmed that the two individuals on this case reside at this address. I will request for server to carry an additional two sets of documents in case he is able to personally serve at this address. Thank you! - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/11/2025 | 4:55 PM | No answer at door. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/12/2025 | 8:25 AM | No answer at the door. Tag placed on door in the first attempt still at the door. There has been no movement in or out for the past two days. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/13/2025 | 3:10 PM | No answer at door. Tag still at door. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |
| 12/15/2025 | 8:15 PM | No answer at door. No changes. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |

**Continued on Next Page**

Fee for Service: **$ 136.40**
     County:  **LOS ANGELES**

DDS³   Registration No.:  **3428**
**DDS Legal Support**
**2900 Bristol Street E-106**
**Costa Mesa, CA 92626**
**(714) 662-5555**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 18, 2025.

Signature: _____
                     **V. ENRIQUE MENDEZ**

**NON SERVICE REPORT**

                                    **Order#: 740330C**

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Taylor J. Howard, Esq., SBN: 311275<br>A.E.I. LAW, P.C.<br>7755 Center Ave Ste 1100<br>Huntington Beach, CA 926473091<br>*TELEPHONE No.:* (888) 423-4529 | *E-MAIL ADDRESS (Optional):* taylor@aeilaw.com<br>*FAX No. (Optional):* | *FOR COURT USE ONLY* |

*Attorney for:* Plaintiff Ava Neal, an individual

| *Ref No. or File No.:* |
|---|
| Neal v Gooding |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Central District of California, Western Division - Edward R. Roybal

*Plaintiff:* Ava Neal, an individual

*Defendant:* Chrystelle Gooding, an individual; et al.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>225CV09475 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Solar Being Jewelry LLC, a California limited liability company** - Chrystelle Gooding - Agent

Documents:  First Amended Complaint; Summons In A Civil Action; Civil Case Cover Sheet; Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent; Civil Trial Order

| Date | Time | Results |
|---|---|---|
| | | **Continued from Previous Page** |
| 12/17/2025 | 6:35 PM | No answer at door. Mark still at door. No activity at this unit since started attempting;**Attempts Exhausted. New base rate will apply should you choose to continue wtih service. - V. ENRIQUE MENDEZ |
| | Location: | 123 S Figueroa St Apt 1541,  Los Angeles, CA 900125479 |

Fee for Service: **$ 136.40**
    County:  **LOS ANGELES**

DDS³   Registration No.:  **3428**
**DDS Legal Support**
**2900 Bristol Street E-106**
**Costa Mesa, CA 92626**
**(714) 662-5555**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 18, 2025.

Signature: _____
           **V. ENRIQUE MENDEZ**

**NON SERVICE REPORT**

Order#: 740330C

# EXHIBIT D

# EXHIBIT D

| | | FOR COURT USE ONLY |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Taylor J. Howard, Esq., SBN: 311275<br>A.E.I. LAW, P.C.<br>7755 Center Ave Ste 1100<br>Huntington Beach, CA 926473091  E-MAIL ADDRESS *(Optional):* taylor@aeilaw.com<br>*TELEPHONE No.:* (888) 423-4529   FAX No. *(Optional):* | | |

*Attorney or Party without Attorney:*
Taylor J. Howard, Esq., SBN: 311275
A.E.I. LAW, P.C.
7755 Center Ave Ste 1100
Huntington Beach, CA 926473091     E-MAIL ADDRESS *(Optional):* taylor@aeilaw.com
*TELEPHONE No.:* (888) 423-4529      FAX No. *(Optional):*

*Attorney for:* Plaintiff Ava Neal, an individual

*Ref No. or File No.:*
Neal v Gooding

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District of California, Western Division - Edward R. Roybal

*Plaintiff:* Ava Neal, an individual

*Defendant:* Chrystelle Gooding, an individual; et al.

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>225CV09475 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Chrystelle Gooding, an individual**

Documents:   First Amended Complaint; Summons In A Civil Action; Civil Case Cover Sheet; Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent; Civil Trial Order

| Date | Time | Results |
|---|---|---|
| 12/9/2025 | 5:32 PM<br>Location: | NO ANSWER AT DOOR. - Jocelyn Smith<br>13409 Midland Rd., Apt. 32,  Poway, CA 920644773 |
| 12/10/2025 | 7:28 PM<br><br><br><br>Location: | BAD ADDRESS, ACCORDING TO THE CURRENT RESIDENT, JOHN DOE (AFRCN/AMER, MALE), SUBJECTS ARE UNKNOWN TO HIM. HE ASK THEIR NAMES AGAIN AND VERIFIED THEY DO NOT RESIDE/KNOWN TO THEM. - Jocelyn Smith<br>13409 Midland Rd., Apt. 32,  Poway, CA 920644773 |

Fee for Service: **$ 208.65**
    County:  **San Diego**
    Registration No.:  **3733**
    **DDS Legal Support**
    **2900 Bristol Street E-106**
    **Costa Mesa, CA 92626**
    **(714) 662-5555**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 16, 2025.

*Jocelyn Sevier-Smith*

Signature:_____
              **Jocelyn Smith**

**NON SERVICE REPORT**

Order#: **740330A**

| | | FOR COURT USE ONLY |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Taylor J. Howard, Esq., SBN: 311275<br>A.E.I. LAW, P.C.<br>7755 Center Ave Ste 1100<br>Huntington Beach, CA 926473091<br>*TELEPHONE No.:* (888) 423-4529<br><br>*Attorney for:* Plaintiff Ava Neal, an individual | *E-MAIL ADDRESS (Optional):* taylor@aeilaw.com<br>*FAX No. (Optional):*<br><br>*Ref No. or File No.:*<br>Neal v Gooding | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District of California, Western Division - Edward R. Roybal

*Plaintiff:* Ava Neal, an individual

*Defendant:* Chrystelle Gooding, an individual; et al.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>225CV09475 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Chrystelle Gooding, an individual**

Documents:  First Amended Complaint; Summons In A Civil Action; Civil Case Cover Sheet; Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent; Civil Trial Order

| Date | Time | Results |
|---|---|---|
| 12/20/2025 | 8:09 AM | NO ANSWER AT DOOR (RESIDENCE). A ring light can be seen through the patio window. Someone is home. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/21/2025 | 7:59 AM | NO ANSWER AT DOOR. NO ACTIVITY. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/22/2025 | 2:40 PM | NO ANSWER AT DOOR. ALL QUIET. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/26/2025 | 8:17 PM | NO ANSWER AT DOOR (RESIDENCE). - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/30/2025 | 5:52 PM | THE SAME MALE I ENCOUNTERED BEFORE IS HOME. I CAN SEE HIM THROUGH THE SLIDING GLASS DOOR. HE WILL NOT COME TO THE DOOR. THERE IS A RING DOORBELL CAMERA;**Attempts Exhausted. New base rate will apply should you choose to continue wtih service. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |

Fee for Service: **$ 162.65**

County: **San Diego**

DDS³  Registration No.: **3733**
**DDS Legal Support**
**2900 Bristol Street E-106**
**Costa Mesa, CA 92626**
**(714) 662-5555**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 31, 2025.

Signature: *Jocelyn Sevier-Smith*

**Jocelyn Smith**

**NON SERVICE REPORT**

**Order#: 740330A3**

| | FOR COURT USE ONLY |
|---|---|
| *Attorney or Party without Attorney:*<br>Taylor J. Howard, Esq., SBN: 311275<br>A.E.I. LAW, P.C.<br>7755 Center Ave Ste 1100<br>Huntington Beach, CA 926473091<br>*TELEPHONE No.:* (888) 423-4529<br><br>*E-MAIL ADDRESS (Optional):* taylor@aeilaw.com<br>*FAX No. (Optional):* | |

*Attorney for:* Plaintiff Ava Neal, an individual

| *Ref No. or File No.:* |
|---|
| Neal v Gooding |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court - Central District of California, Western Division - Edward R. Roybal

*Plaintiff:* Ava Neal, an individual

*Defendant:* Chrystelle Gooding, an individual; et al.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>225CV09475 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Shariece Renee Mance, an individual**

Documents:  First Amended Complaint; Summons In A Civil Action; Civil Case Cover Sheet; Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent; Civil Trial Order

| Date | Time | Results |
|---|---|---|
| 12/20/2025 | 8:08 AM | NO ANSWER AT DOOR (RESIDENCE). A ring light can be seen through the patio window. Someone is home. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/21/2025 | 7:59 AM | NO ANSWER AT DOOR. NO ACTIVITY. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/22/2025 | 2:40 PM | NO ANSWER AT DOOR. ALL QUIET. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/26/2025 | 8:16 PM | NO ANSWER AT DOOR (RESIDENCE). T.V. ON INSIDE. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/30/2025 | 5:48 PM | THE SAME MALE I ENCOUNTERED BEFORE IS HOME. I CAN SEE HIM THROUGH THE SLIDING GLASS DOOR. HE WILL NOT COME TO THE DOOR. THERE IS A RING DOORBELL CAMERA;**Attempts Exhausted. New base rate will apply should you choose to continue wtih service. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |

Fee for Service: **$ 40.00**

County: **San Diego**

DDS³

Registration No.: **3733**
**DDS Legal Support**
**2900 Bristol Street E-106**
**Costa Mesa, CA 92626**
**(714) 662-5555**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 31, 2025.

Signature: *Jocelyn Sevier-Smith*

**Jocelyn Smith**

**NON SERVICE REPORT**

**Order#: 740330B3**

| Attorney or Party without Attorney:<br>Taylor J. Howard, Esq., SBN: 311275<br>A.E.I. LAW, P.C.<br>7755 Center Ave Ste 1100<br>Huntington Beach, CA 926473091<br>TELEPHONE No.: (888) 423-4529     E-MAIL ADDRESS (Optional): taylor@aeilaw.com<br>                      FAX No. (Optional): | FOR COURT USE ONLY |
|---|---|

*Attorney for:* Plaintiff Ava Neal, an individual

*Ref No. or File No.:* Neal v Gooding

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District of California, Western Division - Edward R. Roybal |
|---|

*Plaintiff:* Ava Neal, an individual

*Defendant:* Chrystelle Gooding, an individual; et al.

| **NON SERVICE REPORT** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>225CV09475 |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Solar Being Jewelry LLC, a California limited liability company** - Chrystelle Gooding - Agent

Documents: First Amended Complaint; Summons In A Civil Action; Civil Case Cover Sheet; Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent; Civil Trial Order

| Date | Time | Results |
|---|---|---|
| 12/20/2025 | 8:09 AM | NO ANSWER AT DOOR (RESIDENCE). A ring light can be seen through the patio window. Someone is home. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/21/2025 | 7:59 AM | NO ANSWER AT DOOR. NO ACTIVITY. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/22/2025 | 2:40 PM | NO ANSWER AT DOOR. ALL QUIET. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/26/2025 | 8:17 PM | NO ANSWER AT DOOR. SOUNDS COMING FROM INSIDE. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |
| 12/30/2025 | 5:51 PM | NO ANSWER AT DOOR. SOUNDS COMING FROM INSIDE . THE SAME MALE I ENCOUNTERED BEFORE IS HOME. I CAN SEE HIM THROUGH THE SLIDING GLASS DOOR. HE WILL NOT COME TO THE DOOR. THERE IS A RING DOORBELL CAMERA;**Attempts Exhausted. New base rate will apply should you choose to continue wtih service. - Jocelyn Smith |
| | Location: | 13409 Midland Rd Apt 32,  Poway, CA 920644773 |

Fee for Service: **$ 40.00**

    County: **San Diego**

DDS³    Registration No.: **3733**
**DDS Legal Support**
**2900 Bristol Street E-106**
**Costa Mesa, CA 92626**
**(714) 662-5555**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 31, 2025.

Signature: *Jocelyn Sevier-Smith*

**Jocelyn Smith**

**NON SERVICE REPORT**

Order#: 740330C1

# EXHIBIT E

# EXHIBIT E







2/10/26, 3:13 PM                                   USPS.com® - USPS Tracking® Results

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs ❯

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell? app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Remove ✕

**Tracking Number:**

## 4209206447739502606636565353709943

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to the original sender at 12:24 pm on January 22, 2026 in HUNTINGTON BEACH, CA 92647.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**

**Delivered, To Original Sender**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 12:24 pm

**Out for Delivery**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 7:33 am

**Arrived at Post Office**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 7:22 am

**Arrived at USPS Facility**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 6:06 am

**Departed USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 22, 2026, 5:22 am

**Arrived at USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 21, 2026, 8:12 pm

**Departed USPS Facility**
HIGHLAND, CA 92346
January 21, 2026, 6:22 pm

**Arrived at USPS Facility**
HIGHLAND, CA 92346
January 21, 2026, 5:16 pm

**In Transit to Next Facility**
January 21, 2026, 3:44 pm

**Departed USPS Regional Facility**
SAN DIEGO CA DISTRIBUTION CENTER

Feedback

January 21, 2026, 3:00 pm

**Unclaimed/Being Returned to Sender**
POWAY, CA 92064
January 21, 2026, 7:26 am

**Return to Sender Processed**
POWAY, CA 92064
January 21, 2026, 7:26 am

**Reminder to Schedule Redelivery of your item**
December 27, 2025

**Notice Left (No Authorized Recipient Available)**
POWAY, CA 92064
December 22, 2025, 1:59 pm

**Out for Delivery**
POWAY, CA 92064
December 22, 2025, 6:10 am

**Arrived at Hub**
POWAY, CA 92064
December 21, 2025, 5:11 pm

**Arrived at USPS Regional Facility**
SAN DIEGO CA DISTRIBUTION CENTER
December 21, 2025, 4:21 am

**Departed USPS Regional Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
December 21, 2025, 1:11 am

**Arrived at USPS Regional Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
December 20, 2025, 7:19 pm

**Departed USPS Regional Facility**
SANTA BARBARA CA DISTRIBUTION CENTER
December 20, 2025, 5:28 pm

**Arrived at USPS Regional Origin Facility**
SANTA BARBARA CA DISTRIBUTION CENTER
December 20, 2025, 12:58 pm

**Departed Post Office**
PASO ROBLES, CA 93446
December 20, 2025, 3:31 am

**USPS in possession of item**
PASO ROBLES, CA 93446
December 20, 2025, 12:47 am

**USPS electronic receipt of item for mailing**

PASO ROBLES, CA 93446
December 19, 2025, 8:23 pm

**Hide Tracking History**

●

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Return Receipt Electronic** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

2/10/26, 3:14 PM                                              USPS.com® - USPS Tracking® Results

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 4209206447739502606636565353709967

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to the original sender at 12:24 pm on January 22, 2026 in HUNTINGTON BEACH, CA 92647.

---

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**
**Delivered, To Original Sender**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 12:24 pm

● **Out for Delivery**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 7:26 am

● **Arrived at Post Office**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 7:15 am

● **Arrived at USPS Facility**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 6:06 am

● **Departed USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 22, 2026, 5:22 am

● **Arrived at USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 21, 2026, 8:12 pm

● **Departed USPS Facility**
HIGHLAND, CA 92346
January 21, 2026, 6:22 pm

● **Arrived at USPS Facility**
HIGHLAND, CA 92346
January 21, 2026, 5:16 pm

● **In Transit to Next Facility**
January 21, 2026, 3:44 pm

● **Departed USPS Regional Facility**
SAN DIEGO CA DISTRIBUTION CENTER

Feedback

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=4209206447739502606636565353709967%2C          1/3

January 21, 2026, 3:00 pm

**Arrived at USPS Regional Facility**

SAN DIEGO CA DISTRIBUTION CENTER
January 21, 2026, 2:18 pm

**Unclaimed/Being Returned to Sender**

POWAY, CA 92064
January 21, 2026, 7:27 am

**Return to Sender Processed**

POWAY, CA 92064
January 21, 2026, 7:27 am

**Reminder to Schedule Redelivery of your item**

December 27, 2025

**Notice Left (No Authorized Recipient Available)**

POWAY, CA 92064
December 22, 2025, 12:59 pm

**Out for Delivery**

POWAY, CA 92064
December 22, 2025, 6:10 am

**Arrived at Hub**

POWAY, CA 92064
December 21, 2025, 4:22 pm

**Arrived at USPS Facility**

POWAY, CA 92064
December 21, 2025, 3:56 pm

**Arrived at USPS Regional Facility**

SAN DIEGO CA DISTRIBUTION CENTER
December 21, 2025, 4:21 am

**Departed USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION
CENTER
December 21, 2025, 1:11 am

**Arrived at USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION
CENTER
December 20, 2025, 5:52 pm

**Departed USPS Regional Facility**

SANTA BARBARA CA DISTRIBUTION
CENTER
December 20, 2025, 12:54 pm

**Arrived at USPS Regional Origin Facility**

SANTA BARBARA CA DISTRIBUTION
CENTER
December 20, 2025, 11:59 am

**Departed Post Office**

PASO ROBLES, CA 93446
December 20, 2025, 3:31 am

**USPS in possession of item**

PASO ROBLES, CA 93446
December 20, 2025, 12:46 am

**USPS electronic receipt of item for mailing**

PASO ROBLES, CA 93446
December 19, 2025, 8:27 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-
package)**

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

2/10/26, 3:15 PM                                    USPS.com® - USPS Tracking® Results

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs ›

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 4209206447739502606636565353709981

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to the original sender at 12:24 pm on January 22, 2026 in HUNTINGTON BEACH, CA 92647.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
**Delivered, To Original Sender**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 12:24 pm

● **Out for Delivery**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 7:33 am

● **Arrived at Post Office**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 7:22 am

● **Arrived at USPS Facility**
HUNTINGTON BEACH, CA 92647
January 22, 2026, 6:06 am

● **Departed USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 22, 2026, 5:22 am

● **Arrived at USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 21, 2026, 8:12 pm

● **Departed USPS Facility**
HIGHLAND, CA 92346
January 21, 2026, 6:22 pm

● **Arrived at USPS Facility**
HIGHLAND, CA 92346
January 21, 2026, 5:16 pm

● **In Transit to Next Facility**
January 21, 2026, 3:44 pm

● **Departed USPS Regional Facility**
SAN DIEGO CA DISTRIBUTION CENTER

Feedback

January 21, 2026, 3:00 pm

**Arrived at USPS Regional Facility**

SAN DIEGO CA DISTRIBUTION CENTER
January 21, 2026, 2:18 pm

**Unclaimed/Being Returned to Sender**

POWAY, CA 92064
January 21, 2026, 7:26 am

**Return to Sender Processed**

POWAY, CA 92064
January 21, 2026, 7:26 am

**Reminder to Schedule Redelivery of your item**

December 27, 2025

**Notice Left (No Authorized Recipient Available)**

POWAY, CA 92064
December 22, 2025, 12:59 pm

**Out for Delivery**

POWAY, CA 92064
December 22, 2025, 6:10 am

**Arrived at Hub**

POWAY, CA 92064
December 21, 2025, 4:24 pm

**Arrived at USPS Facility**

POWAY, CA 92064
December 21, 2025, 3:56 pm

**Arrived at USPS Regional Facility**

SAN DIEGO CA DISTRIBUTION CENTER
December 21, 2025, 4:21 am

**Departed USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION CENTER
December 21, 2025, 1:11 am

**Arrived at USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION CENTER
December 20, 2025, 5:52 pm

**Departed USPS Regional Facility**

SANTA BARBARA CA DISTRIBUTION CENTER
December 20, 2025, 12:54 pm

**Arrived at USPS Regional Origin Facility**

SANTA BARBARA CA DISTRIBUTION CENTER
December 20, 2025, 11:59 am

**Departed Post Office**

USPS.com® - USPS Tracking® Results

PASO ROBLES, CA 93446
December 20, 2025, 3:31 am

**USPS in possession of item**

PASO ROBLES, CA 93446
December 20, 2025, 12:45 am

**USPS electronic receipt of item for mailing**

PASO ROBLES, CA 93446
December 19, 2025, 8:29 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-
package)**

| Text & Email Updates | ⌄ |
| --- | --- |

| Return Receipt Electronic | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 4209001254799502606636565353710048

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to the original sender at 1:00 pm on January 13, 2026 in HUNTINGTON BEACH, CA 92647.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**

**Delivered, To Original Sender**
HUNTINGTON BEACH, CA 92647
January 13, 2026, 1:00 pm

**Out for Delivery**
HUNTINGTON BEACH, CA 92647
January 13, 2026, 6:10 am

**Arrived at Post Office**
HUNTINGTON BEACH, CA 92647
January 13, 2026, 4:18 am

**Return to Sender Processed**
LOS ANGELES, CA 90012
January 9, 2026, 1:39 pm

**Unclaimed/Being Returned to Sender**
LOS ANGELES, CA 90012
January 8, 2026, 4:07 pm

**Return to Sender**
LOS ANGELES, CA 90012
January 8, 2026, 4:07 pm

**Reminder to Schedule Redelivery of your item**
December 27, 2025

**Notice Left (No Authorized Recipient Available)**
LOS ANGELES, CA 90012
December 22, 2025, 11:16 am

**Out for Delivery**
LOS ANGELES, CA 90012
December 22, 2025, 6:10 am

Feedback

USPS.com® - USPS Tracking® Results

**Arrived at Hub**

LOS ANGELES, CA 90012
December 21, 2025, 12:29 pm

**Arrived at USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER
December 20, 2025, 11:33 pm

**Departed USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION
CENTER
December 20, 2025, 9:47 pm

**Arrived at USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION
CENTER
December 20, 2025, 4:56 pm

**Departed USPS Regional Facility**

SANTA BARBARA CA DISTRIBUTION
CENTER
December 20, 2025, 2:57 pm

**Arrived at USPS Regional Origin Facility**

SANTA BARBARA CA DISTRIBUTION
CENTER
December 20, 2025, 11:57 am

**Departed Post Office**

PASO ROBLES, CA 93446
December 20, 2025, 3:31 am

**USPS in possession of item**

PASO ROBLES, CA 93446
December 20, 2025, 12:46 am

**USPS electronic receipt of item for mailing**

PASO ROBLES, CA 93446
December 19, 2025, 8:35 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-
package)**

---

**Text & Email Updates**                                                            ⌄

---

**Return Receipt Electronic**                                                       ⌄

---

**USPS Tracking Plus®**                                                             ⌄

---

**Product Information**                                                             ⌄

---

**See Less ⌃**

USPS.com® - USPS Tracking® Results

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

2/10/26, 3:16 PM                                    USPS.com® - USPS Tracking® Results

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?**

**app=UspsTools&ref=ho  nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)**

Remove ✕

**Tracking Number:**

## 4206001254799502606636565353710024

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

● **Delivered**

**Latest Update**

Your item has been delivered to the original sender at 12:33 pm on January 15, 2026 in HUNTINGTON BEACH, CA 92647.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered, To Original Sender**
HUNTINGTON BEACH, CA 92647
January 15, 2026, 12:33 pm

● **Out for Delivery**
HUNTINGTON BEACH, CA 92647
January 15, 2026, 6:10 am

● **Arrived at Post Office**
HUNTINGTON BEACH, CA 92647
January 15, 2026, 4:26 am

● **Arrived at USPS Facility**
HUNTINGTON BEACH, CA 92647
January 15, 2026, 3:54 am

● **Departed USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER
January 15, 2026, 3:38 am

● **Arrived at USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER
January 15, 2026, 1:52 am

● **Departed USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 15, 2026, 1:50 am

● **Arrived at USPS Regional Origin Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 15, 2026, 1:18 am

● **Arrived at USPS Regional Facility**
LOS ANGELES CA DISTRIBUTION CENTER
January 14, 2026, 4:10 pm

● **Return to Sender Processed**

Feedback

USPS.com® - USPS Tracking® Results

LOS ANGELES, CA 90012
January 13, 2026, 8:09 pm

**Unclaimed/Being Returned to Sender**

LOS ANGELES, CA 90012
January 8, 2026, 4:08 pm

**Unclaimed/Being Returned to Sender**

LOS ANGELES, CA 90012
January 8, 2026, 4:08 pm

**Reminder to Schedule Redelivery of your item**

December 27, 2025

**Notice Left (No Authorized Recipient Available)**

LOS ANGELES, CA 90012
December 22, 2025, 11:16 am

**Out for Delivery**

LOS ANGELES, CA 90012
December 22, 2025, 6:10 am

**Arrived at Hub**

LOS ANGELES, CA 90012
December 21, 2025, 12:26 pm

**Arrived at USPS Facility**

LOS ANGELES, CA 90012
December 21, 2025, 6:05 am

**Departed USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER
December 21, 2025, 5:33 am

**Arrived at USPS Regional Facility**

LOS ANGELES CA DISTRIBUTION CENTER
December 20, 2025, 11:33 pm

**Departed USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION CENTER
December 20, 2025, 9:47 pm

**Arrived at USPS Regional Facility**

SANTA CLARITA CA DISTRIBUTION CENTER
December 20, 2025, 4:56 pm

**Departed USPS Regional Facility**

SANTA BARBARA CA DISTRIBUTION CENTER
December 20, 2025, 2:57 pm

**Arrived at USPS Regional Origin Facility**

SANTA BARBARA CA DISTRIBUTION CENTER
December 20, 2025, 11:56 am

**Departed Post Office**

PASO ROBLES, CA 93446
December 20, 2025, 3:31 am

**USPS in possession of item**

PASO ROBLES, CA 93446
December 20, 2025, 12:46 am

**USPS electronic receipt of item for mailing**

PASO ROBLES, CA 93446
December 19, 2025, 8:33 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

```
Enter tracking or barcode numbers
```

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

2/10/26, 3:17 PM                                                USPS.com® - USPS Tracking® Results

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FINAL DELIVERY OF YOUR MAIL AND PACKAGES. READ MORE › (HTTPS://ABOUT.USPS.COM/NEWSROOM/SERVICE-ALERTS/)**

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?

app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 4209001254799502606636565353710000

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to the original sender at 12:31 pm on January 16, 2026 in HUNTINGTON BEACH, CA 92647.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, To Original Sender**
HUNTINGTON BEACH, CA 92647
January 16, 2026, 12:31 pm

**Out for Delivery**
HUNTINGTON BEACH, CA 92647
January 16, 2026, 6:10 am

**Arrived at Post Office**
HUNTINGTON BEACH, CA 92647
January 16, 2026, 4:34 am

**Arrived at USPS Regional Facility**
ANAHEIM CA DISTRIBUTION CENTER
January 15, 2026, 7:45 pm

**Departed USPS Regional Facility**
LOS ANGELES CA DISTRIBUTION CENTER
January 15, 2026, 5:10 pm

**Arrived at USPS Regional Facility**
LOS ANGELES CA DISTRIBUTION CENTER
January 15, 2026, 2:10 pm

**Return to Sender Processed**
LOS ANGELES, CA 90012
January 14, 2026, 11:28 am

**Unclaimed/Being Returned to Sender**
LOS ANGELES, CA 90012
January 8, 2026, 4:08 pm

**Reminder to Schedule Redelivery of your item**
December 27, 2025

Feedback

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=4209001254799502606636565353710000%2C                                                            1/3

USPS.com® - USPS Tracking® Results

**Notice Left (No Authorized Recipient Available)**
LOS ANGELES, CA 90012
December 22, 2025, 11:16 am

**Out for Delivery**
LOS ANGELES, CA 90012
December 22, 2025, 6:10 am

**Arrived at Hub**
LOS ANGELES, CA 90012
December 21, 2025, 12:28 pm

**Arrived at USPS Facility**
LOS ANGELES, CA 90012
December 21, 2025, 6:05 am

**Arrived at USPS Regional Facility**
LOS ANGELES CA DISTRIBUTION CENTER
December 20, 2025, 11:33 pm

**Departed USPS Regional Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
December 20, 2025, 9:47 pm

**Arrived at USPS Regional Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
December 20, 2025, 4:56 pm

**Departed USPS Regional Facility**
SANTA BARBARA CA DISTRIBUTION CENTER
December 20, 2025, 2:57 pm

**Arrived at USPS Regional Origin Facility**
SANTA BARBARA CA DISTRIBUTION CENTER
December 20, 2025, 11:59 am

**Departed Post Office**
PASO ROBLES, CA 93446
December 20, 2025, 3:31 am

**USPS in possession of item**
PASO ROBLES, CA 93446
December 20, 2025, 12:46 am

**USPS electronic receipt of item for mailing**
PASO ROBLES, CA 93446
December 19, 2025, 8:31 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

USPS.com® - USPS Tracking® Results

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

| Enter tracking or barcode numbers |
|---|

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# EXHIBIT F

# EXHIBIT F

**Friday, January 2, 2026 at 10:18:55 AM Pacific Standard Time**

---

**Subject:** LEGAL NOTICE - Neal v. Gooding et al. - Case #: 2:25-cv-09475
**Date:** Tuesday, December 23, 2025 at 7:20:49 PM Pacific Standard Time
**From:** A.E.I. Law®, P.C., The Hero's Law Firm®
**To:** chrissy1876@gmail.com, cigood89135@gmail.com, shesasolarbeing@gmail.com, contact@solarbeingla.com, solarbeingjewelry@gmail.com
**CC:** Bill Luton
**Attachments:** 2025-12-20_Gooding - FRCP 4d Waiver Packet.pdf

Hello Ms. Gooding;

This firm has been retained as litigation counsel by Ava Neal, professionally known as @kwiinava (my "Client"), in connection with claims asserted against you personally, Solar Being Jewelry, LLC, and Shariece Mance, jointly and severally, in the United States District Court for the Central District of California, Case No. 2:25-cv-09475 (the "Action").

If you are represented by legal counsel in this Action, please immediately forward this correspondence to your attorney and have counsel contact me directly. If you are **not** presently represented, you may communicate with me directly, and I encourage you to do so, as my Client remains open to a reasonable and amicable resolution, and productive dialogue at this stage may avoid unnecessary expense.

To date, despite multiple good-faith efforts, we have been unable to effectuate personal service upon you. Service attempts have been made at multiple addresses associated with you in public records, including California Secretary of State filings and LexisNexis public records. Those efforts have not been successful, and as a result you have not yet appeared in the Action.

We also contacted your prior counsel, Mr. Tolpin, who advised on December 15, 2025 that his office is not engaged to represent you in this litigation.

In addition, the service waiver packages mailed to your known addresses were marked undeliverable due to "authorized recipient not available," and despite postal notices being left, you have not picked up the packages from the post office. Notably, at least one of these addresses is the same address at which you previously received my Client's May 15, 2025 demand letter and through which your counsel responded on your behalf.

1 of 3

Accordingly, and pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, attached to this email please find the following:

(1) Notice of Lawsuit and Request for Waiver of Service of Summons;
(2) Waiver of Service of Summons form for you to sign; and
(3) A copy of the Complaint and Exhibits A through Q.

If you execute and return the Waiver of Service of Summons, you will receive sixty (60) days from the date the waiver request was sent to file a responsive pleading in the Action. If you decline to return the waiver, we will proceed with formal service by traditional means, after which your time to respond will be significantly shorter, twenty-one (21) days from the date of service. In that event, we will also seek cost-shifting relief from the Court for attorney's fees and costs incurred by my Client in effectuating service and related motion practice (this means the Court would likely order you to pay the money it costs my Client to get you served with the lawsuit <u>and</u> the money it costs to bring a motion to the Court to order you to pay it), as expressly contemplated by Rule 4(d).

Again, if you are <u>**not**</u> represented by counsel, I invite you to contact me directly so that we may discuss whether an efficient and amicable resolution is possible. Early engagement may substantially reduce exposure, cost, and disruption for all parties.

I look forward to hearing from you promptly.

Cordially,

Taylor



**Taylor J. Howard, Esq.**
Not Just an Attorney
A.E.I. Law®, P.C., The Hero's Law Firm®
Email: taylor@aeilaw.com | Office: (888)–423–4529
Website: www.aeilaw.com
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
🌟Success Stories — 110+ 5.0 Star Google Reviews »

2 of 3

**Confidentiality Notice**: This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete it and notify the sender immediately. No privilege is waived by accidental transmission. Unauthorized use, disclosure, or distribution is prohibited.

**Disclaimer**: This law firm does not provide tax advice or tax services. For tax-related matters, please consult a qualified tax professional.

**Friday, January 2, 2026 at 10:19:18 AM Pacific Standard Time**

| | |
|---|---|
| **Subject:** | LEGAL NOTICE - Neal v. Gooding et al. - Case #: 2:25-cv-09475 |
| **Date:** | Tuesday, December 23, 2025 at 7:25:34 PM Pacific Standard Time |
| **From:** | A.E.I. Law®, P.C., The Hero's Law Firm® |
| **To:** | chrissy1876@gmail.com, cigood89135@gmail.com, shesasolarbeing@gmail.com, contact@solarbeingla.com, solarbeingjewelry@gmail.com |
| **CC:** | Bill Luton |
| **Attachments:** | 2025-12-20_Solar Being Jewelry LLC - FRCP 4d Waiver Packet.pdf |

Hello Solar Being Jewelry, LLC agent for service of process, Chrystelle Gooding;

This firm has been retained as litigation counsel by Ava Neal, professionally known as @kwiinava (my "Client"), in connection with claims asserted against Solar Being Jewelry, LLC, personally against Chrystelle Gooding and Shariece Renee Mance, jointly and severally, in the United States District Court for the Central District of California, Case No. 2:25-cv-09475 (the "Action").

If you are represented by legal counsel in this Action, please immediately forward this correspondence to your attorney and have counsel contact me directly. If you are **not** presently represented, you may communicate with me directly, and I encourage you to do so, as my Client remains open to a reasonable and amicable resolution, and productive dialogue at this stage may avoid unnecessary expense.

To date, despite multiple good-faith efforts, we have been unable to effectuate personal service upon you. Service attempts have been made at multiple addresses associated with you in public records, including California Secretary of State filings and LexisNexis public records, including the agent for service of process address listed on the Solar Being Jewelry, LLC statement of information filed with the California Secretary of State on April 8, 2025. Those efforts have not been successful, and as a result you have not yet appeared in the Action.

We also contacted your prior counsel, Mr. Tolpin, who advised on December 15, 2025 that his office is not engaged to represent you in this litigation.

In addition, the service waiver packages mailed to your known addresses were marked undeliverable due to "authorized recipient not available," and despite postal notices being left, you have not picked up the packages from the post office. Notably, at

1 of 3

least one of these addresses is the same address at which you previously received my Client's May 15, 2025 demand letter and through which your counsel responded on your behalf.

Accordingly, and pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, attached to this email please find the following:

(1) Notice of Lawsuit and Request for Waiver of Service of Summons;
(2) Waiver of Service of Summons form for you to sign; and
(3) A copy of the Complaint and Exhibits A through Q.

If you execute and return the Waiver of Service of Summons, you will receive sixty (60) days from the date the waiver request was sent to file a responsive pleading in the Action. If you decline to return the waiver, we will proceed with formal service by traditional means, after which your time to respond will be significantly shorter, twenty-one (21) days from the date of service. In that event, we will also seek cost-shifting relief from the Court for attorney's fees and costs incurred by my Client in effectuating service and related motion practice (this means the Court would likely order you to pay the money it costs my Client to get you served with the lawsuit **and** the money it costs to bring a motion to the Court to order you to pay it), as expressly contemplated by Rule 4(d).

Again, if you are **not** represented by counsel, I invite you to contact me directly so that we may discuss whether an efficient and amicable resolution is possible. Early engagement may substantially reduce exposure, cost, and disruption for all parties.

I look forward to hearing from you promptly.

Cordially,

Taylor

**Taylor J. Howard, Esq.**
Not Just an Attorney
A.E.I. Law®, P.C., The Hero's Law Firm®
Email: taylor@aeilaw.com  |  Office: (888)–423–4529
Website: www.aeilaw.com
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647

2 of 3



🌟[Success Stories — 110+ 5.0 Star Google Reviews »](#)

**Confidentiality Notice:** This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete it and notify the sender immediately. No privilege is waived by accidental transmission. Unauthorized use, disclosure, or distribution is prohibited.

**Disclaimer:** This law firm does not provide tax advice or tax services. For tax-related matters, please consult a qualified tax professional.

**Friday, January 2, 2026 at 10:19:33 AM Pacific Standard Time**

---

| | |
|---|---|
| **Subject:** | LEGAL NOTICE - Neal v. Gooding et al. - Case #: 2:25-cv-09475 |
| **Date:** | Tuesday, December 23, 2025 at 7:27:50 PM Pacific Standard Time |
| **From:** | A.E.I. Law®, P.C., The Hero's Law Firm® |
| **To:** | shariecemance1@gmail.com |
| **CC:** | Bill Luton |
| **Attachments:** | 2025-12-20_Mance - FRCP 4d Waiver Packet.pdf |

Hello Ms. Mance;

This firm has been retained as litigation counsel by Ava Neal, professionally known as @kwiinava (my "Client"), in connection with claims asserted against you personally, Solar Being Jewelry, LLC, and Chrystelle Gooding, jointly and severally, in the United States District Court for the Central District of California, Case No. 2:25-cv-09475 (the "Action").

If you are represented by legal counsel in this Action, please immediately forward this correspondence to your attorney and have counsel contact me directly. If you are **not** presently represented, you may communicate with me directly, and I encourage you to do so, as my Client remains open to a reasonable and amicable resolution, and productive dialogue at this stage may avoid unnecessary expense.

To date, despite multiple good-faith efforts, we have been unable to effectuate personal service upon you. Service attempts have been made at multiple addresses associated with you in public records, including California Secretary of State filings and LexisNexis public records. Those efforts have not been successful, and as a result you have not yet appeared in the Action.

We also contacted your prior counsel, Mr. Tolpin, who advised on December 15, 2025 that his office is not engaged to represent you in this litigation.

In addition, the service waiver packages mailed to your known addresses were marked undeliverable due to "authorized recipient not available," and despite postal notices being left, you have not picked up the packages from the post office. Notably, at least one of these addresses is the same address at which you previously received my Client's May 15, 2025 demand letter and through which your counsel responded on your behalf.

Accordingly, and pursuant to Rule 4(d) of the Federal Rules of

1 of 3

Civil Procedure, attached to this email please find the following:

(1) Notice of Lawsuit and Request for Waiver of Service of Summons;
(2) Waiver of Service of Summons form for you to sign; and
(3) A copy of the Complaint and Exhibits A through Q.

If you execute and return the Waiver of Service of Summons, you will receive sixty (60) days from the date the waiver request was sent to file a responsive pleading in the Action. If you decline to return the waiver, we will proceed with formal service by traditional means, after which your time to respond will be significantly shorter, twenty-one (21) days from the date of service. In that event, we will also seek cost-shifting relief from the Court for attorney's fees and costs incurred by my Client in effectuating service and related motion practice (this means the Court would likely order you to pay the money it costs my Client to get you served with the lawsuit <u>and</u> the money it costs to bring a motion to the Court to order you to pay it), as expressly contemplated by Rule 4(d).

Again, if you are **<u>not</u>** represented by counsel, I invite you to contact me directly so that we may discuss whether an efficient and amicable resolution is possible. Early engagement may substantially reduce exposure, cost, and disruption for all parties.

I look forward to hearing from you promptly.

Cordially,

Taylor



**Taylor J. Howard, Esq.**
Not Just an Attorney

A.E.I. Law®, P.C., The Hero's Law Firm®
Email: taylor@aeilaw.com |  Office: (888)-423-4529
Website: www.aeilaw.com
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
🌟Success Stories — 110+ 5.0 Star Google Reviews »

**Confidentiality Notice:** This email and any attachments are confidential and may be privileged. If you are not the intended recipient, please delete it and

notify the sender immediately. No privilege is waived by accidental transmission. Unauthorized use, disclosure, or distribution is prohibited.

**Disclaimer:** This law firm does not provide tax advice or tax services. For tax-related matters, please consult a qualified tax professional.

# EXHIBIT G

# EXHIBIT G



Case 2:25-cv-09475-MCS-MAR   Document 35-1   Filed 02/10/26   Page 58 of 71   Page ID #:971



Case 2:25-cv-09475-MCS-MAR    Document 35-1    Filed 02/10/26    Page 59 of 71    Page ID #:972





# EXHIBIT H

# EXHIBIT H



This post shows Plaintiff's counsel's comment on X (fka Twitter) from December 23, 2025 with the same information as Plaintiff's counsel's emails from **Exhibit F**, further evidence actual knowledge by Defendants. The following page shows a screenshot from January 2, 2026 of the same post, showing Plaintiff's counsel's account has been blocked by Defendants as a result of the above comment.





This image shows Plaintiff's counsel's efforts to reach out via direct message (DM) through TikTok.



This image shows Plaintiff's counsel's efforts to reach out via direct message (DM) through another TikTok account.



This image shows Plaintiff's counsel's efforts to reach out via direct message (DM) through Instagram.



This image shows Plaintiff's counsel's efforts to reach out via direct message (DM) through another known Instagram account of Defendants.



This image shows Plaintiff's counsel's efforts to reach out via direct message (DM) through Facebook.



This image shows Plaintiff's counsel's efforts to reach out via direct message (DM) through another Facebook account.



This image shows Plaintiff's counsel's comment on YouTube with the same information from the emails sent and reflected in **Exhibit F**.



This screenshot, taken January 2, 2026, shows Plaintiff's counsel's comment from the previous page was removed.