# UNITED STATES DISTRICT COURT

# CENTRAL  DISTRICT OF CALIFORIA

AVA NEAL, an individual,

               Plaintiff,

vs.


CHRYSTELLE GOODING, an individual; and SOLAR BEING JEWELRY LLC, a California limited liability company.

               Defendant(s).

Case No. 2:25-cv-09475

**[PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE**

## [PROPOSED] ORDER

The Court, having reviewed Plaintiff's Motion for Order Authorizing Alternative Service, the Declaration of Steven C. Vondran, and all papers and pleadings on file, and good cause appearing:

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Order Authorizing Alternative Service is

1

PROPOSED ORDER

GRANTED.

2.     Plaintiff is authorized to serve Defendants Chrystelle Gooding and Solar Being Jewelry LLC by the following methods:

a.  By email to Defendant at: contact@solarbeingla.com;

b.  By direct messaging via Defendants' active social media accounts, including Instagram and TikTok; and

c.  By first-class and certified mail to Defendant at:

123 S Figueroa St Apt 1541

Los Angeles, California 90012.

3.     Service completed in accordance with this Order shall be deemed effective service of process under Federal Rule of Civil Procedure 4.

4.     Plaintiff shall file proof of service demonstrating compliance with the methods authorized by this Order.

**IT IS SO ORDERED.**

DATED:

_____

UNITED STATES DISTRICT JUDGE

2