CHRYSTELLE GOODING
SHARIECE RENEE MANCE
SOLAR BEING JEWELRY, LLC
8880 RIO SAN DIEGO DRIVE, #2023, 8TH FLOOR
SAN DIEGO, CA 92108



**FILED**

CLERK, U.S. DISTRICT COURT

04/15/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AVA NEAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRYSTELLE GOODING, an individual, SOLAR BEING JEWELRY LLC, a California limited liability company, and SHARIECE RENEE MANCE, an individual,<br><br>Defendants. | Case No.: 2:25-cv-09475<br><br>**PROOF OF SERVICE**<br><br>**COMPLAINT FILED: OCTOBER 3, 2025**<br>**FAC FILED: NOVEMBER 13, 2025**<br>**JUDGE: HON. MARK C. SCARSI**<br>**COURTROOM: 7C, 7TH FLOOR**<br>**TRIAL DATE: TBD** |

I AM EMPLOYED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 AND AM NOT A PARTY TO THE ABOVE-ENTITLED MATTER.  MY BUSINESS ADDRESS IS 8880 Rio San Diego Drive, Suite #2023, 8th Floor, San Diego, CA 92108.

On April 15, 2026, I personally served the documents described as follows:

- 1 -

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE AND APPEAL TO ORDER FOR ALTERNATE SERVICE**

on the parties herein and the persons entitled to notice:

Steven C. Vondran, Esq.
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
steve@vondranlegal.com

☒ BY MAIL: I am employed in the county where the mailing occurred. On April 15, 2026, I enclosed copies of the above documents in a sealed envelope or package addressed as shown above, and placed the envelope for collection and mailing, with postage fully prepaid, with the United States Postal Service, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid, in San Diego, California.

☐ BY OVERNIGHT DELIVERY: I enclosed copies of the above documents in envelopes addressed as shown above, and deposited the sealed envelopes with Federal Express, with overnight postage fully prepaid, on April 15, 2026, in San Diego, California.

☐ BY EMAIL OR ELECTRONIC TRANSMISSION: Pursuant to California Rules of Court Rule 2.251 and California Rules of Court, Emergency Rule 12, I sent the documents from the email address the email address(es) of the person(s) listed. I did not receive, within a reasonable time after the transmission, any indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this April 15, 2026, in San Diego, CA.

*Chrystelle Gooding*
Chrystelle Gooding