Steven C. Vondran, Esq. [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Telephone: (877) 276-5084
E-mail:  steve@vondranlegal.com

Attorney for Plaintiff: *AVA NEAL*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVA NEAL, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHRYSTELLE GOODING, an individual; SOLAR BEING JEWELRY LLC, a California limited liability company., and SHARIECE RENEE MANCE, an individual<br><br>                    Defendant(s) | Case No. 2:25-cv-09475-MCS-MAR<br><br>**PLAINTIFF COUNSEL REPONSE TO ORDER TO SHOW CAUSE** |

## <u>PLAINTIFF COUNSEL RESPONSE TO ORDER TO SHOW CAUSE</u>

Undersigned counsel, respectfully submits this Response to the Court's Order to Show Cause entered on August 3, 2026.  The Court is absolutely correct that I failed to comply with its Scheduling Order requiring lead trial counsel to personally appear at the August 3, 2026 Scheduling  Conference. I accept full responsibility for that failure. I offer no excuses, and I sincerely apologize to the Court, opposing counsel, and the parties

1

MOTION FOR ALTERNATIVE SERVICE

for the inconvenience my mistake caused. After the Court denied my request to appear remotely because I would be in Arizona, I arranged through AppearMe, a professional attorney appearance service, for licensed local counsel, able to appear in federal court, to attend the Scheduling Conference on my behalf. I mistakenly believed that having competent licensed counsel physically present would satisfy the Court's appearance requirement.

Unfortunately, I overlooked the language in the Court's Scheduling Order requiring that lead trial counsel personally appear. That oversight was entirely mine. While members of my office assist with calendaring and scheduling, the ultimate responsibility for compliance with the Court's orders rests with me alone. I do not seek to shift that responsibility to anyone else. I have practiced law for more than twenty-one years.

Throughout my career, I have made every effort to conduct myself professionally, comply with court orders, and treat every tribunal with the respect it deserves. This incident was an isolated and unintentional mistake. At no time did I intend to disregard the Court's authority or diminish the importance of this proceeding.

I recognize that my error resulted in unnecessary inconvenience to the Court and opposing counsel and I will reach out to them as instructed. I sincerely regret that judicial resources were expended because of my failure to personally appear.

RESPONSE TO ORDER TO SHOW CAUSE

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

Immediately after learning of the Court's concern, I reviewed my internal office procedures. Going forward, I have implemented an additional review process requiring that all scheduling orders be personally reviewed by me for appearance requirements before any coverage arrangements are made. If an order requires trial counsel to appear personally, I will personally appear unless the Court expressly grants relief from that requirement.

I also acknowledge the Court's Order requiring payment of the reasonable expenses incurred by Defendants as a result of my nonappearance under Rule 16(f)(2). I will fully comply with the Court's directives concerning those expenses.

I respectfully ask the Court to consider that this was not a deliberate failure to appear. Rather, after my request for a remote appearance was denied, I made a good-faith effort to ensure that a licensed attorney was physically present in the courtroom. My mistake was misunderstanding that the Court required my personal appearance as lead trial counsel. While that misunderstanding does not excuse my conduct, I hope it demonstrates that I did not intentionally ignore the Court's order or abandon my obligations to the Court or my client.

RESPONSE TO ORDER TO SHOW CAUSE

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660

I respectfully request that the Court accept this explanation, discharge the Order to Show Cause, and decline to impose any additional sanctions beyond those already authorized under Rule 16(f)(2). I assure the Court that I have learned from this experience and that a similar situation will not occur again. I sincerely apologize to the Court for my mistake and appreciate the opportunity to respond

Respectfully Submitted,

DATED: August 3, 2026

**THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.**

By: /s/ Steven C. Vondran, Esq.
Steven C. Vondran, [SBN 232337]
ATTORNEY FOR PLAINTIFF
MS. AVA NEAL
620 Newport Center Drive, Suite 100
Newport Beach, CA 92660
Telephone: (877) 276-5084
E-mail: steve@vondranlegal.com

4
RESPONSE TO ORDER TO SHOW CAUSE

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 620 Newport Center Drive, Suite 1100, Newport Beach, CA 92660 On the date and time set forth below, I electronically served the foregoing document described through the Court's ECF filing system to all registered users

**RESPONSE TO ORDER TO SHOW CAUSE**

Chrystelle Gooding
8880 Rio San Diego Drive, 8th Floor, No. 2023
San Diego CA 92108
US

Solar Being Jewelry LLC
8880 Rio San Diego Drive, 8th Floor, No. 2023
San Diego CA 92108
US

Shariece Renee Mance
8880 Rio San Diego Drive, No. 2023, 8th Floor
San Diego CA 92108

The foregoing document was electronically served, or caused to be served, on the PERSONS listed above on August 3, 2026. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 3, 2026, at Flagstaff, Arizona.

By: /s/ *Lisa Vondran*
Legal Assistant

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Ctr., Suite 1100
Newport Beach, California 92660