THE LAW OFFICES OF STEVEN C. VONDRAN, PC
STEVEN C. VONDRAN, SBN 232337
steve@vondranlegal.com
620 Newport Center Drive, Suite 1100
Newport Beach, California 92660
Telephone: (877) 276-5084

Attorneys for Plaintiff
AVA NEAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AVA NEAL, an individual<br><br>Plaintiff,<br><br>v.<br><br>CHRYSTELLE GOODING, an individual; SHARIECE RENEE MANCE, an individual; and DOES 1–10, inclusive.<br><br>Defendants. | Case No. 2:25-cv-09475-MCS-MAR<br><br>**REPORT REGARDING SACTIONS**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C |

Pursuant to the Court's order (Docket No. 81), Plaintiff is required to pay Defendants their reasonable expenses.

Plaintiff has agreed to pay Chrystelle Gooding $750 and Shariece Renee Mance $750, for a total of $1,500, as requested by Defendants. Plaintiff's attorney provided checks to both Chrystelle Gooding and Shariece Renee Mance outside the courtroom.

Defendants would not agree to authorize the filing of the required documents See attached email from Defendants.

DATED: August 17, 2026

Respectfully submitted,

By: */s/ Steven C. Vondran*

STEVEN C. VONDRAN
Attorneys for Plaintiff
AVA NEAL

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed by The Law Offices of Steven C. Vondran, PC. My business address is 620 Newport Center Drive, Suite 1100, Newport Beach, California 92660.

I hereby certify that on August 17, 2026, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and served a copy on all counsel of record via the Court's CM/ECF system. To the extent any party is not registered to receive electronic service through CM/ECF, a true and correct copy was served by electronic mail and/or U.S. Mail at the party's last known address.

By: *\/s/ Lisa Vondran*
Lisa Vondran
The Law Offices of Steven C. Vondran, PC