Outlook

## Re: Joint statement - $1,500 was paid today

**From** Solar Being <contact@solarbeingla.com>
**Date** Mon 8/17/2026 2:44 PM
**To** Steve Vondran <steve@vondranlegal.com>
**Cc** Lisa Vondran <lisa@vondranlegal.com>

Mr. Vondran.

You signed our names without permission. That is the issue we take seriously. At no time did we authorize you to sign our names electronically or otherwise. The understanding today in court was that the judge spoke about the signatures being electronic for the purposes of signing a document, not the forging of our names on a court document without our permission. We never authorized you to sign our names. We still have the check in our possession and will be turning it in to the court. Please note that we only agreed to an amount for the sanctions, and never authorized you to sign our names.

You committed forgery:

Forgery:

- In the United States, forgery is defined as the intentional creation, alteration, or authentication of a false document with the intent to defraud. It is considered a serious offense, and attorneys face both criminal prosecution and professional ethics violations if they engage in such behavior.
- Under Washington law, RCW 9A.60.020 outlines forgery as knowingly making, completing, or altering a written instrument, as well as possessing, uttering, offering, or disposing of a forged instrument as if it were genuine. Forgery is classified as a class C felony and can be prosecuted in any jurisdiction where the crime occurred or where the victim resides.
- Key elements of forgery include:
  - The fraudulent act of creating, altering, or authenticating a false document.
  - The question of the authenticity of the disputed document.

**Consequences for Attorneys**

- **Professional sanctions**: reprimand, suspension, or disbarment
- **Criminal charges**: forgery, fraud, or related offenses
- **Civil liability**: damages for fraud or breach of fiduciary duty
- **Loss of license**: permanent disbarment in severe cases

According to Penal Code § 470 PC, the crime of forgery in California involves falsifying a signature, seal, or counterfeiting documents with fraudulent intent. Specifically, PC 470 makes it a crime to engage in any of the following actions: **sign the name of another person** or of a fictitious person.

We have contacted the police for an investigation and will be filing a complaint with the bar association. Furthermore, we will be filing a motion with the court regarding your behavior. We will ensure at the next hearing that the judge has all evidence and the proper explanation supporting our motion.

In the future, please refrain from ever signing our names on any document produced by you or your office. We take this matter seriously and hope you are taking this matter seriously too.

Sincerely,

Chrystelle Gooding
Shariece Renee Mance

On Mon, Aug 17, 2026 at 2:14 PM Steve Vondran <steve@vondranlegal.com> wrote:

> Dear Ladies, please let me know if I a file the document I sent you that had your digital signatures affixed. As the judge informed you today, there is nothing improper about this. If I do not hear back from you by 4:00 PST today, I will file it without your signature citing your refusal to cooperate.
>
> Please let me know what you want to.
>
> Thank you,
>
> Steve
>
> ---
>
> **From:** Steve Vondran <steve@vondranlegal.com>
> **Date:** Saturday, August 15, 2026 at 3:26 PM
> **To:** Lisa Vondran <lisa@vondranlegal.com>; Solar Being <contact@solarbeingla.com>
> **Subject:** Re: Joint statement
>
> This report is due, please let us know today so we can inform the court.
>
> ---
>
> **From:** Lisa Vondran <lisa@vondranlegal.com>
> **Date:** Saturday, August 15, 2026 at 1:33 PM
> **To:** Solar Being <contact@solarbeingla.com>
> **Cc:** Steve Vondran <steve@vondranlegal.com>
> **Subject:** Joint statement
>
> I need your zelle information to pay the fee.
>
> Once I have zelle that to you I need to file this.
>
> Please confirm that you authorize me to file this once the zelle payment has been made.'
>
> Lisa
>
> The Law Offices of Steven C. Vondran, P.C.
> Lisa Vondran - Assistant
> Phone: (877) 276-5084