**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

AVA NEAL, an individual,

Plaintiff,

vs.

CHRYSTELLE GOODING, an individual; and SOLAR BEING JEWELRY LLC, a California limited liability company; and SHARIECE RENEE MANCE, an individual,

Defendants.

Case No.: 2:25-cv-09475-MCS-MAR

**ORDER GRANTING JOINT MOTION AND STIPULATION TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT SOLAR BEING JEWELRY LLC (ECF No. 109)**

Judge: Hon. Mark C. Scarsi
Trial Date: April 27, 2027

The Court, having considered the Joint Motion and Stipulation to Set Aside Entry of Default Against Defendant Solar Being Jewelry LLC (the “Joint Motion”) submitted by Plaintiff Ava Neal and Defendants Solar Being Jewelry LLC (“Solar Being”), Chrystelle Gooding, and Shariece Renee Mance, and good cause appearing under Federal Rule of Civil Procedure 55(c), hereby ORDERS as follows:

1. The Joint Motion and Stipulation is GRANTED.

2. The Clerk's entry of default against Defendant Solar Being Jewelry LLC entered on June 5, 2026 (ECF No. 69) is SET ASIDE.

3. Solar Being shall file and serve its answer or other response to Plaintiff's First Amended Complaint (ECF No. 11) within fourteen (14) days of the entry of this Order.

4. Except as expressly provided herein, nothing in the Joint Motion or this Order shall be construed as a waiver of any claim, defense, or objection of any party. Nothing in the Joint Motion or this Order affects, waives, or revives any position, claim, or objection concerning the timeliness or sufficiency of Defendants Gooding's and Mance's discovery responses, including the waiver of objections and matters deemed admitted under Fed. R. Civ. P. 36(a)(3).

5. Except as expressly provided herein, this Order does not alter any date or deadline set in the Court's Order re: Jury Trial (ECF No. 85).

6. Each party shall bear its own attorneys' fees and costs in connection with the Joint Motion.

**IT IS SO ORDERED.**

Dated: November 9, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE